Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

**RECEIVED**

DEC **3 1** 2019

CLERK
U.S. DISTRICT COURT

Janeth Murillo

**UNITED STATES DISTRICT COURT**

for the

District of **Nebraska**

Division **civil**

OFFICE OF THE CLERK

2019 DEC 31 AM 10: 53

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

Case No. **8:19-cv-571**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☑ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Joseph E. Kittelson
Brian Hake
Jeffrey Gillotti
Megan J. Brennan

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Janeth Murillo |
| Street Address | 1611 Elm St., #1, P.O. Box 1002 |
| City and County | Stanton,    Stanton |
| State and Zip Code | Nebraska    68779 |
| Telephone Number | (402) 515-8569 |
| E-mail Address | janethm76131@gmail.com |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          Joseph E. Kittelson
Job or Title (if known)       Norfolk P & DC Postmaster
Street Address                1100 South Pine Industrial Rd.
City and County               Norfolk (68701) Madison
State and Zip Code            Nebraska 68701
Telephone Number              (402) 644-4107
E-mail Address (if known)

Defendant No. 2

Name                          Brian Hake
Job or Title (if known)       Norfolk P & DC Plant Manager
Street Address                1100 South Pine Industrial Rd.
City and County               Norfolk, Madison
State and Zip Code            Nebraska, 68701
Telephone Number              (402) 644-4107
E-mail Address (if known)

Defendant No. 3

Name                          Jeffrey Gillotti
Job or Title (if known)       Assistant Manager
Street Address                1100 South Pine Industrial Rd.
City and County               Norfolk, Madison
State and Zip Code            Nebraska, 68701
Telephone Number              (402) 644-4107
E-mail Address (if known)

Defendant No. 4

Name                          Megan J. Brennan
Job or Title (if known)       USPS Postmaster Gral. and CEO
Street Address                475 L-Ensant Plaza SW
City and County               Washington, Washington
State and Zip Code            DC, 20260
Telephone Number              (202) 636-1259
E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*U.S. Code Title 42, Chapter 21*

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* *Janeth Murillo*, is a citizen of the State of *(name)* *Nebraska* .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* *Megan J. Brennan*, is a citizen of the State of *(name)* *DC* . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The extreme mental, emotional and psychological unusual pain caused by the irresponsibility, ineptness, intentional cruelty and harm done to plaintiff during the past 90 days could've been prevented by local, district, executive USPS management but they have chosen to knowingly and voluntarily ignore plaintiff's numerous calls for corrective action; instead, as has been happening since 2015, plaintiff is being retaliated and discriminate against.

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The enclosed 50 pages of documentation generated by claimant are self-explanatory — Joseph E. Kittelson, Brian Hake, and Jeffrey Gillotti continue to harass, retaliate, humiliate, and threaten claimant; according to Joseph E. Kittelson neither District nor Executive Mgmt are interested in reading or hearing what I have to say — claimant has been ordered to communicate only with Kittelson or his subordinate Shyvan Jasper, or a so-called MPO only. Claimant cannot longer tolerate the abuse she has been forced to endure since December 2015.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. claimant basis for claiming that the wrongs alleged are continuing at the present time are clearly stated in the enclosed documents. Punitive or exemplary damages in the amount of $90,000; the mental, emotional, psychological and physical pain caused by the defendants could've been prevented but instead the fabrications, threats, harassment, discrimination, retaliation and abuse by local mgmt, fully supported by mgmt at the area, district and executive mgmt have driven claimant to the brink of a nervous and mental breakdown.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *27 December 2019*

Signature of Plaintiff    *Janeth Murillo*

Printed Name of Plaintiff    *Janeth Murillo*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

To:     USPS
        Attention: Joseph E. Kittelson
                Postmaster, Norfolk P&DC
                Norfolk, NE 68701

*Monday, 12.23.2019 gay.*

From:   Janeth Murillo
        USPS Career Employee

Re:     Retaliation, discrimination, abuse of authority, intentional cruelty

Wednesday, December 11, 2019
"Do the shit yourself!" – Words expressed by a PSE with anger and in a depreciative and discriminatory demeanor toward Ms. Murillo.

Thursday, December 12, 2019
"GO FIND SOMETHING ELSE TO BITCH ABOUT"  – Told me the same PSE

When I filed the corresponding written complaints, as has been the case in the past, the investigation by local management turned against me.  By copying the Postal Regulatory Commission I am requesting a through independent/impartial investigation into the manner in which you handled these particular incidents with the young Caucasian (the undersigned is of Hispanic origin) female.

The conduct and behavior by this PSE in question (A.B.) along with two other PSEs (A.R., and A. H.) goes against what any USPS management personnel is purported to represent.  t speaks poorly not only of you, but every single upper management personnel, especially your immediate supervisor, Area Manager Dawn Beyer and Central Plains District Manager Rick Pivovor who have been covering up for your all along for years now. Thus my contacting the USPS Regulatory Commission requesting a full and independent/impartial investigation.

To the USPS Regulatory Commission:  it is hereby requested that, on behalf of Congress, the Senate, and the President of the United States of America, currently Mr. Trump, a thorough investigation be conducted into the three PSEs mentioned above; they have been very rude and discriminatory toward the undersigned.

In addition, the conduct of the same PSEs toward a conscientious and reliable handicapped PSE leaves a lot to be desired.  A thorough investigation into this matter is also being requested.  To the APWU Local 1187, I am respectfully requesting that a report on any information about this matter be generate it, and that it be submit it to the Regulatory Commission along with a copy of this memo – instructions on how to confidentially do this (I will not have access to such report) will follow.

Ms. Murillo will address other serious concerns once is contacted by the investigators assigned to investigate complaints already submitted to the USPS Regulatory Commission.  For the record, an investigation is currently underway.

The enclosed three-page document dated December 18, 2019 is self-explanatory.

TO WHOM IT MAY CONCERN

December 18, 2019

On Wednesday, December 18, 2019, at approximately 12:45 p.m. (CT), I was coming back from a break. I and entered the window area when the male supervisor [there are two supervisors, one male and one female, in charge of the same areas: parcels, Norfolk letters, Norfolk flats, Norfolk bundles, box section, accountables, city and rural drivers] entered the window area and told me he needed to talk to me.
Did I need Dixie there? I asked; yes, he responded and instructed her to come to his office as soon as she finished serving a customer.

Waiting in the supervisor's office was the USPS Norfolk Processing and Distribution Center in Norfolk, Nebraska, postmaster waiting. The meeting was allegedly about a memo I wrote today about a T-7 employee who did not allow me to follow the supervisor's instruction {regarding a parcel I looked for the postmaster but he was not in. The plant manager wanted to know how he could help me. I explained the situation; he told me I should do what the supervisor had told me} but the postmaster turned things around trying to make me the one at fault.

Regarding the parcel, it appears there is a new regulation about parcels over 10 ounces I do not recall hearing about before. The postmaster, in an accusatory manner told me the issue about the parcel was part of the hazmat training I had received, and that I should know. Employees with decades of service are still unsure about simple matters [as was the case this morning while processing parcels]... one person says to do something one way, another employee says something to the effect of...I heard this and that, etc.— and the postmaster is accusing me of not knowing something I heard is a new regulation? He is expecting me to know everything there is to know about hazmat? The supervisor didn't know and I am supposed to know?

The crux of the matter is has been was about miscommunication by management and lack of knowledge and wisdom. Yet the postmaster turned things around against me; and started yelling at me. I had to keep telling him not to yell at me.

False accusations by the postmaster:

"You are not doing your job" -- as I said at the meeting, I am always working and doing my best while others are socializing instead of working and by doing that stealing from the USPS. This is an ongoing situation happening for years now.

"What's it to you?" Said the postmaster in anger, pointing a finger at me, you are not a supervisor.

To which I said something to the effect of, I am following what the USPS expects of employees as indicated on posters and other communications; see something say something; I have an obligation, a moral obligation to tell a supervisor when PSEs are not doing their job thus making everyone's job harder.

"Do your job; focus on doing your job" – in other words, 'we don't care to hear what you have to say. Mind your own business.' Well, the USPS is my business. I love the USA, thus I love the USPS. It should be the business of every employee, and more so of every employee in a managerial position; that is the reason they are being paid the money they are receiving every two weeks, and also getting the benefits, and as I heard, bonus as well.

TO WHOM IT MAY CONCERN

December 18, 2019

"Employees are feeing attack by you", the postmaster told me. What the postmaster was referring to is my caring and trying to do what's right not only for me but for the USPS also--

1) Another T-7 using vulgar language when addressing me to complaint about my trying to return miss-sent priority mail packages [customers pay extra money for to arrive in one or two days] back to Omaha or Columbus. I filed the proper complaint. The postmaster did not like it and instead of listening and paying attention, in a strong manner all he cared to say to me was-- "You have a problem following orders. You need to do what the T-7s tell you to do." The postmaster is very much mistaken. What I have a problem with is employees and management personnel treating me as a second-class citizen; as if I were mentally slow/retarded. What I have a problem with is following instructions that violate the law and/or USPS regulations. What I have a problem with is the postmaster threatening me with calling the police on me – the T-7 he is so protective of mistreated me in front of customers (I was a customer myself). Yet he turned the situation around to make it my fault and had the nerve to yell at me threatening me with the police and ordering me not to contact district or the executive management—that they are not interested and won't pay attention to what I have to say. He said to me in the presence of the male supervisor. What I have a problem with is T-7s allowing Caucasians do whatever they want to do, however they want to do it regardless of how it affects the USPS and the Norfolk P&DC's productivity and its cost-effective business. What I have a problem with is the postmaster making decisions to cover up and protect employees he likes, even to the detriment of the USPS. i.e., telling a clerk she and I could not talk to each other – this is was the postmaster's M/O – managerial way of handling with the issue of the clerk talking 'AT' me, instead of talking to me. A clerk that works the window also and by nature of the business we have to communicate. In addition, the postmaster did not tell me, nor did he inform the supervisors about his decision (someone who for over a year has been abusing the privilege of acting as the APWU Local 1187 president until October 2019 and now as a steward.) By doing this, the postmaster knowingly and willingly created a hostile work environment. Something the T-7 he has assigned as a lead clerk for the window area has been doing all along by complaining about me to this particular employee and other clerks as well. According to the postmaster, T-7s are supervisors. They are not. What I had have a problem with is a T-7 telling me one Saturday night some time ago... "employees like to take extra time and watch a movie, you are welcome to do that"—obviously I didn't. I quietly left the training room/movie theater and went back to work when I was supposed to do it. I did not report it either. I did not want to lose my job which I am sure would have happened since I had just started my employment and keeping employees happy was is to management more important than doing the right thing by the USPS, or complying with USPS policies and/or HR procedures.

2) A PSE pushing a wire full of mail and left it right in the middle of a path used by employees to walk, push equipment, push carts with mail to be distributed among carriers' stations. A path that should be clear at all times in case there is an emergency – and the supervisor seeing that and not doing anything about it. And when I finally (after the PSE doing that ignored my comment that we shouldn't block the walk path) decided to inform the supervisor, the husband of the employee whom the postmaster had told she and I couldn't communicate, exploded, raised his arms, and yelled: "I GOT IT". "I GOT IT". He got so angry, he pushed the wire full with mail with such force he slammed it onto an OTR that was where the wire should've been in the first place (luckily for

TO WHOM IT MAY CONCERN

December 18, 2019

the USPS nobody was walking by that corner or he/she would have been seriously injured or crippled).. The employee was allow to continue working as if nothing had happened.

3)  My filing a complaint with the USPS inspection services about employees socializing in the middle of the shift while others work hard to get the mail processed and ready for distribution; an employee leaving the premises to drive away to buy food, then come back and clock out for lunch; take lunch; clock back in.

4)  "Go find something else to bitch about". A PSE told me Thursday, December 12, 2019 at around 5:40 a.m. (CT), and my filing a complaint about that with the male supervisor.

5)  "Do the shit yourself", told me the same PSE Wednesday, December 11, 2019 at around 5:30 a.m. (CT), and my filing the corresponding complaint with the same supervisor. The conduct and behavior by this PSE is precisely the reason the USPS has a "Zero Tolerance" policy. A policy that is clearly and irrefutable stated and explained. Yet management at the USPS Norfolk P&DC, on their own, choose to ignore and/or apply only when it fits their own personal agendas or feelings.

6)  My talking to the female supervisor about the conspiracy between employees against me for my having the courage to speak up – the unspoken motto at the Norfolk P&DC is: 'We don't like you; we don't want you here; we will do our part to make your life miserable; we will get you.

7)  PSEs arriving to work at 6:00 a.m. to work and instead of doing what they were hired and scheduled to do start socializing among themselves or with other employees. They stop working in order to do that; in the meantime, me and another employee continue to work harder to try to get the parcels ready for the city and rural carriers – the supervisor is there and does nothing. I informed him and asked if he could to something about it.

8)  My requesting an APWU representative and the postmaster telling me: "You don't have the right to have one but that's OK with me." As if he were doing me a favor. He was not. The pattern of abuse by employees and management alike is has been undeniably documented, I have to protect myself. I have to defend and protect the job I obtained on my own merits and have had to defend to the best of my ability against all odds. Ergo my request that either APWU local representatives Dixie C, or Cindy be present when meeting with management; employees I know I can trust. They with their integrity and professionalism have earned my respect.

9)  My filing valid complaints against the postmaster's favorite T-7 (it appears that there have been many complaints against this woman, but since she is has been protected by the postmaster, regardless, that is that. I know for a fact employees have had to leave because of this T-7.  She is so used to getting her own way...she and the postmaster are more than willing to do/will do whatever is necessary to maintain the status quo.

Written this 18th day of December 18, 2019 by:        _____

                                                                                      Janeth Murillo, USPS Career Employee

Copy

To: USPS - Norfolk P&DC                               December 12, 2019
     Attention: Shyuan Jasper, Supervisor

From:   Janeth Murillo                               Copy: Dixie Cunningham, APV
         Career Employee JM.                               local 1187 VP

Re: 12.12.2019 Incident envolving
     PSE Ashley Bennett


My shift started at 4:30 a.m. (ET); it was about 5:45 a.m.
when I tried to get another wire to work the mail
in it — it was the last wire/pigpen/square cage needed
to be processed (athough there were a couple of APCs
andan OTR pending to be processed it was important
to me to return the tilter to the area I had
got it from before leaving for lunch — I try to keep
the area clear for the carriers to do their job of
organizing their parcels) I informed Ashley and
Aspen that I needed the wire; they didn't like
that and rudely told me they needed to pick up
the bundles first.
The two PSEs told me Ashley needed to finish
processing bundles (we have until 7:00 a.m. to do
that and there was not much to do). I didn't
understand why the two of them were doing
that so I called Dixie to the yellow square
where the wire was and asked: "Is this
a new procedure?" Immediately, in an angry
and extremely rude manner Ashley said to me:
            "What's your problem?"
She interrupted me when I was trying to talk
to Dixie and started talking with such anger
she was closed to me, my heart was starting
to beat harder/faster; I was thinking I would
get punch or something by the PSE; I
was so overwhelmed by Ashley's aggressivity,
the only thing I managed to understand
was she telling me:

Pg 2 of 2

Memorandum to USPS - Attn: "Shy" Jasper, Supervisor

Re: 12.12.19 Incident envolving Ashley Bennett

(cont'd)


"GO FIND SOMETHING ElSE TO
BITCH ABOUT"

I asked Dixie Cunningham: "Did you hear that?"
Dixie moved her head in the affirmative.
Ashley also told me: "Go write about it if
you like." To which I responded: "I will".
A moment later Ashley and Aspen disappeared
for about 20 or 25 minutes — It appeared
Lori Hanel had been gone also.

For the record, at present Lori Hanel is an APWU
Local 1187 Steward; in order to use USPS's time
to deal with Union's matters we (employees) have
to ask USPS management for authorization —
since there is no supervisor present between
6:30 or 7:00 P.m. until 6:30 or 6:45 a.m,
employees basically do whatever they want to
do and however they want to do it.
For the record: I have had to tolerate Ashley's
aggressivity, discrimination, antagonism, and
vulgarity, and mental, emotional and psychological
abuse for too long already.
What is disturbing for me to see is that the
USPS has a "Zero Tolerance" policy having to do
with respect and dignity toward all; there are also
other statements by senior Mgmt about harassment
and discrimination, yet I continue to be treated
as a second class human being. It appears the
anti-harassment policies do not apply and they are just
for show.
Some one needs to put a stop to the abuse 12.12.19 2:25 p.m (cT)

```
================================================
                    NORFOLK
          1100 S PINE INDUSTRIAL RD
            NORFOLK, NE  68701-9998
                  306405-0701
                 (800)275-8777
              12/06/2019 05:00 PM
================================================
================================================
------------------------------------------------
Product              Qty   Unit      Price
                           Price
------------------------------------------------
PM 2-Day              1    $7.35     $7.35
Flat Rate Env
    (Domestic)
    (WASHINGTON, DC  20210)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 12/09/2019)
Certified                            $3.50
    (USPS Certified Mail #)
  ✗(70150640000689838164)
Return Receipt                       $2.80
    (USPS Return Receipt #)
    (95909402331871960078344)
------------------------------------------------
Total:                               $13.65
------------------------------------------------


------------------------------------------------
Debit Card Remit'd                   $13.65
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXXX7718)
    (Approval #)
    (Transaction #:457)
    (Receipt #:015805)
    (Debit Card Purchase:$13.65)
    (Cash Back:$0.00)
    (AID:A0000000980840        Chip)
    (AL:US DEBIT)
    (PIN:Verified)
------------------------------------------------

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information. visit our website at *www.usps.com*.

OFFICIAL USE

| Certified Mail Fee | $3.50 | |
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.35 | |
| $ | | |
| Total Postage and Fees | $13.65 | |
| $ | | |

Sent To  Board of Governors
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7015 0640 0006 8983 8164

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**



December 6, 2019

USPS
475 L'Enfant Plaza, SW,
Washington, DC. 20590
(800) 275-8777
Attention Board of Governors:

| | | | |
|---|---|---|---|
| Robert M. Duncan * | Confirmed by the Senate: | | August 2018 |
| David C. Williams * | " | " | August 2018 |
| John M. Barger * | " | " | August 2019 |
| Ron A. Bloom * | " | " | August 2019 |
| Roman Martínez IV * | " | " | August 2019 |

Megan J. Brennan, * appointed by the Governors of the USPS – tenure begun in February 2015
Ronald A. Stroman, * named the 20th DPMG in March 2011

Re:  No FEAR Act and others

"The "Notification and Federal Employee Antidiscrimination and Retaliation Act of 2002,"
Public Law 107-174, known as the No FEAR Act, became effective Oct. 1, 2003. This law seeks
to decrease violations of antidiscrimination laws by increasing the accountability of federal
agencies for violations of those laws. Among other things, it requires federal agencies to post
EEO statistics on their websites and to educate employees about the rights and remedies
under the antidiscrimination and whistleblower laws that apply to them.

USPS is committed to having a workplace environment free from discrimination. Please see
the USPS EEO statistics required under the No FEAR Act in the links below. Further
information regarding the No FEAR Act, including the No FEAR Act Notice to USPS
employees and applicants for employment, is provided in the links below."—
https://about.usps.com/who/legal/no-fear-act/

"USPS is committed to having a workplace environment free from discrimination". — If this
were true the harassment, retaliation, threats, intimidation tactics, dishonest and unethical
behavior and conduct by USPS management at the local, district, Western

I

USPS – 120519 Ltr to Board of Governors  (8 pages)

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

Area and executive levels <u>I am</u> have been forced to endure since December of 2015 would have never occurred in the first place, let alone be still happening today.

The correspondence I sent to you via mail in the last couple of weeks, as well as the 200 or so pages of documentation I submitted to you a couple of months ago is self-explanatory. No employee should be mentally, emotionally and psychologically abuse by an employer. And most certainly not by an agency under the leadership of the President of the United States of America — currently Mr. Donald Trump — and the supervision of Congress and the Senate. By copying Senator Diane Feinstein, Department of Homeland Security Committee, I am respectfully requesting that she follows up on these matters and to demand a reply from Megan J. Brennan, Postmaster General of the United States and Chief Executive Officer, and to please find out if Mrs. Brennan and the executives who report to her actually indicated they do not care to receive and/or read about what I have to say, as the Norfolk P&DC, Nebraska, told me when he threatened me with the police on November 15, 2019 — it is out of desperation that I sent her and some executives such as the HR VP copy of a letter.

I love my country *(I am a US Citizen by naturalization)*, I treasure the privilege of serving the Postal Service of the greatest country in the world — the fact that I am not Caucasian *(I am Hispanic)*, nor am I young (I am over 55 years old) does not mean management has the right to mistreat me as they have been doing since December of 2015, let alone threaten me with the police just to intimidate me hoping I will stop reporting the abuse and corruption that has been going on for too long already – I have every right to defend myself and communicate my valid concerns with management at all levels since communicating with local management makes things worse for me.

Last month a filed a formal complaint online with the USPS Office of Inspectors about employees stealing from the USPS on a daily basis *(leaving the premises to go by food while on the clock; employees clocking in and instead of begin working they start socializing with other co-workers or management personnel; employees stop processing the mail for the couriers to have it ready by 7:30 a.m. just to talk about Union matters [by regulations, employees should ask management permission to take Union time to speak to a Union rep.- there is no supervisor present between the hours of 7:00 p.m. and 6:30 a.m. CT so employees basically do whatever they want; Jeffrey Gillotti, manager's assistant comes and goes as he pleases, he used to supervise the night shift but then he didn't; one day he arrives in the early hours of the morning (4:30 or so); other times at 7:00, etc.)* — as soon as the inspectors' office telephoned local management, one of the supervisors told me the inspectors had told him to inform me that that was not the right form to file a complaint; that in the future I should contact them (management) first—I have being doing so since 2015 to no avail except being retaliated against and harassed in every sort of way.

When an employee is fully aware he/she cannot trust management, the employee should have the right to contact any other office and/or official in charge of protecting the USPS and its employees and not be retaliated against. The USPS encourages employees to speak up about

II

USPS – 120519 Ltr to Board of Governors  (8 pages)

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

their concerns; every single time I have done so Joseph E. Kittelson, Brian Hake, and the Gillotti's have retaliated against me. Why would the USPS IG telephone a supervisor and tell him to instruct me to contact management first? This is the second time I contact the USPS OIG to no avail also – something is most certainly wrong...

Yesterday (December 4, 2019) there was so many parcels needed to be process to have them ready for the city and rural couriers by 7:30, I knew that was not going to be accomplished were I to leave at 6:45 a.m. to take one hour lunch to then get ready to open the window lobby by 8:00 so I took the initiative of asking the supervisor if it was OK with him for me to take just 30 minutes lunch instead of an hour since we were so busy. He said yes.

At 7:15 a.m. I quickly went to watch my hands, ate rapidly and then proceeded to change my clothes *(it's been almost two months since I passed window training and I am still working using my own personal nice blue pants — by law, employers are require to provide employees with either the uniforms or the money to buy them — it was 9:45 when the T-7 (lead clerk – not a supervisor, nor part of management although according to the postmaster they are...?? By regulations they are not.)* for the window area instructed me to take my first break (full-time employees receive two (2) fifteen minutes breaks), on my way to the break-room I asked the supervisor if I could take an extra 10 minutes break since I had changed clothes while still on my lunch break, his response was: "You are supposed to come ready to work. I am not going to give you extra time".

Employees waste so much time taking among themselves, often taking longer breaks than expected, the first shift used to watch movies on Saturday night {one day when Brian Hake, Plant Manager, at a meeting with then APWU Local 1187 president, told me I had five (5) minutes to leave the plant once my shift was over (other employees could stay as they pleased), I said to him: "So other employees are allowed to watch movies during business hours, and stay in the lunch room after their shift is over to watch movies but I have five (5) minutes to leave? His body language told me everything I needed to confirm.

As expected, Brian Hake immediately denied knowing employees were watching movies but her facial expression told a different story — had a proper investigation been conducted it would have proven Brian Hake did not tell the truth. After that the fabrications and hostility from employees of all shifts became almost unbearable.

Going back to the supervisor denying me extra time to rest — so Window Clerks are supposed to work at night processing mail, lifting boxes, moving equipment, hampers, OTRs, cages, carts, etc., using the uniform they have to wear at the window serving customers, and then go to work the window with their dirty, sweaty clothes? Really? It is hard to do that now during winter, imagine doing so during summer.

I am a conscientious employee. From the moment I clock in I immediately start working, I tend to sweat a lot thus I need to change all clothes to be able to work the window and be

III

USPS – 120519 Ltr to Board of Governors  (8 pages)

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

presentable as required by the USPS, and I have to use my own time to change clothes, and use my own personal nice clothes? Seriously?

I am respectfully requesting the DOL to look into this matter; and in the event that there is no regulation or law to protect employees' lunch time, that one be created and implemented without delay. In the meantime, would the USPS Board of Governors do something about it? Would you please make sure I am provided with the necessary pants or money to buy them? I was given three t-shirts (I work the window 5 days a week); I have to spend an extra $1.50 every week just to watch the polo shirts in the middle of the week because only three were provided to me; $78/year I cannot afford to spend doing that, but I have to in order to maintain my job with the USPS…

Yesterday I started to work at 4:30 a.m. non-stop until 7:15 a.m. when I clocked out for lunch and had barely had time to properly rest during lunch (I was feeling tired — besides, working the window is so mentally and emotionally taxing, you really need time to freshen up and rest before going back to serve customers or face the consequences of making costly mistakes to you personally or to the USPS. Everybody at the plant is aware of my hard work, diligence and dedication (I don't waste time; in fact, many times I have not taking one of the breaks), how could you as a supervisor deny a one-time request for 10 minutes under these circumstances??

At times employees work for over six hours without taking the mandatory 30 minutes break, as per US Federal regulations. I will be sending copy of this letter to the DOL—Sir/Madam, please investigate the USPS Norfolk P&DC (processing and distribution center) for violations of labor law, time card records should reflect this.

To the USPS Board of Governors I am respectfully requesting to please exercise the power granted to you by Mr. Trump, President of the United States, to bring dignity and respect to the Norfolk P&DC location ASAP.  Consider taking immediate corrective action as it would be for you to see to it that the postmaster, the area manager, the Central Plains District manager, and others like them who have been covering up for themselves as well as local management, abusing the authority granted to them by the USPS to be cruel, play dirty games, pit other employees against me, harass me, retaliate against me, be allowed to retire or be removed.

Over two hundred (200) pages of documentation do not lie. On the contrary, they illustrate the collusion I have been fighting against since December of 2015. You have copy of the documents in the flash drive I sent via certified mail. Please take action. The harm done to me cannot be undone but corrective action can be taken to remedy the abuse I have been forced to endure in order to maintain my job with the USPS; end the abuse once and for all – the abuse of authority, retaliation, harassment, violation of law and USPS policies should not be allowed to happen again. A perfect example is the fact that I find myself without health insurance and other benefits I am entitle to as a career employee.

IV

USPS – 120519 Ltr to Board of Governors  (8 pages)

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

I am respectfully requesting that you ensure I receive all the benefits I am entitle to receive as a full-time employee.

I should have been converted to regular in September of 2018 but because of the dirty games, unethical, dishonest and unlawful conduct and behavior by the postmaster, plant manager, supervisors, HR in Omaha, Denver and Washington I was only converted in September of 2019 although the records reflect my conversion date as of September 1, 2018; I am getting paid at the rate of a conversion having been made in September of 2019 rather than September of 2018, as the records reflect; $0.46 less per hours: $956.80 per year I should be getting but I am not. Do you (all of you reading this document) truly believe what has happened to me and is still happening is fair and just and represents the values under which this great country was created?

By regulations, I should have been converted from being a part-time PSE (postal support employee) to a full-time/regular employee before September of 2019, but management knowingly and willingly delayed the conversion in hopes that they could find an excuse to remove me --
In December of 2016 the postmaster threatened me with removal right after I was forced to file a formal complaint with HR in Omaha since he ignored my e-mail complaint of abuse in the hands of the then APWU president whom the postmaster, the plant manager, and the Gillottis (the wife is now retired) protected at all costs. Jim Keller should have been told the complaint against him was confidential. He immediately spread the rumor around the plant; my working hell atmosphere begun then;
Through the years the postmaster and his cronies and collaborators tried have me suspended several times and failed;
in June of 2019 the postmaster (with the full support of:
Dawn Beyer, Area Manager (402) 473-1753
Rick Pivovor, Central Plains District Manager (402) 930-4434
Douglas Lambert, Central Plains district Manager (402) 930-4481, Omaha
Chris, Manager Labor Relations (402) 739-3224
Joseph R. Bruce, HR Area Manager, Washington (202) 268-3666
Issued a "Notice of Removal" – he failed again.

Had I been converted to regular in September of 2018 I would have earned $49,899. I was converted by my earning per hour does not reflect that. How can the USPS allow that to happen? Things like this shouldn't be approved by a Deputy Postmaster General and Chief Government Relations Officer, let alone an Officer of the Court which Ronald A. Stroman as an attorney is, neither by Isaac Cronkhite, Chief Human resources Officer and Executive Vice President, or any other individual with the responsibility to ensure the USPS is managed properly, efficiently, and honorably.

V

USPS – 120519 Ltr to Board of Governors  (8 pages)

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

Under the current USPS leadership the grievance procedure has become a joke, a laughing matter; what's important to the USPS is to cover up the wrong doing of their subordinates or themselves. What matters to the APWU is to agree with management and settle cases quickly. This shouldn't be happening either.  I would like to think that you, USPS Board of Governors are above the cruelty, unethical and unlawfulness I have been forced to live with in order to maintain my job with the U.S. Postal Service. How can you explain to Mr. Trump, Congress and the Senate the corruption that has been going on for so long at the small processing and distribution center in question with the support of district, Western Area, and executive personnel? Don't you have policies and procedures to inform you of matters like the ones mention in this document??

To the DOJ [currently under the leadership of Mr. William Barr, **Attorney General** [sworn in as Attorney General on February 14, 2019] I am respectfully requesting an investigation into the role arbitrators are playing in the grievance procedure between the USPS and the APWU, as well as the fashion in which they are performing their job.

Is it true that decisions by arbitrators are final and cannot be appealed?
If so, with all due respect, and in the interest of justice, precisely what your office purports to represent, I would ask that due consideration be given to implementing proper proceedings to prevent future injustices. Please realize the importance of having a judge approve decisions contested by employees.  Senator Feinstein, can you help also?

Going back to the Board of Governors, will you please exercise the power granted to you by Mr. Trump to make sure the postmaster, the plant manager, his assistant (the documents you have explain the reasons why), and all other USPS personnel who have been covering for them be allowed to retire, and/or be removed from their positions.

Will you please make sure proper procedures be implemented to prevent unqualified, unethical and dishonest individuals are put in position of authority?

Will you please see to it that a highly qualified, diligent, respectful, ethical professional with acceptable high standards be retained to occupy the position of postmaster at the Norfolk P&DC?  Somebody willing to do his job and can be there every day instead of having others do his job.

Will you please see to it that a highly qualified, diligent, respectful, ethical professional with acceptable high standards be retained to occupy the position of plant manager?

Will you please see to it that a highly qualified, diligent, respectful, ethical professional with acceptable high stands be retained as an assistant plant manager; someone who is willing to supervise the first shift?

Will you please make sure I am never again be treated poorly, let alone threatened with the police (one of many retaliatory and discriminatory tactics the postmaster has utilized against

VI

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

me, as he did on November 15, 2019 in the presence of the male supervisor — in the event that Shyuan Jasper lies to protect the postmaster again, should he denies the threat took place in his office (Jasper's), I would ask that a behavioral science professional or a professional trained to detect lies be retained and he be removed without further consideration; he would be lying not only to you but also to the President of the United States and Congress. That cannot be tolerated at all.

Will you please make sure all the USPS management personnel who could have disciplined the postmaster, the plant manager and his assistant, and who could have prevented the horrors I had to endure in order to keep my job, and did nothing about it, and instead colluded with local management, that all of them be allowed to retire or removed from their current positions.

Will you please consider bringing Mr. Jimmy G. Ball to Omaha and put him in charge of HR in Omaha? Please? He was the only one who stood up to Omaha, Brian Hake and Joseph E. kittelson in Norfolk. As attorneys that most of you are, I am confident your talking/meeting with him will help you understand why the need for men of Mr. Ball's integrity, dignity and honor are so desperately needed in Omaha.

Will you please make sure that the industrious, educated, good hearted, intelligent, compassionate and professional young lady supervisor has the road free of any hindrances from either the current postmaster, Dawn Beyer, area manager, Douglas Lambert, HR, Omaha, Rick Pivovor, District Manager, or Gregory Graves, Western Area VP should the young lady choose to leave the USPS? I hope I am wrong, but I anticipate her leaving — honorable people in her circumstances usually do…what a loss that would be for the USPS…

Most of you are attorneys at law/officers of the Court, I would ask that you carefully evaluate the agreement I was basically induced to sign and see to it that the injustices committee against me be corrected. And to ensure all necessary policies and procedures be created and implemented to prevent future employees, especially minorities having to go through hell as I have.

That never again local management at Norfolk, NE, or any other USPS location, be allowed to play games as Norfolk management, and the other offices and personnel mentioned above did — employees lives; and their mental and emotionally and psychological well being matter.

There are more important things than money or winning…behaving in an honorable fashion and doing the right and just thing.

*Janeth Murillo*
Janeth Murillo
USPS employee since 2015

VII

USPS – 120519 Ltr to Board of Governors (8 pages)

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**


**Copy**: **DOL Employee Benefits Security Administration ¬ I currently have no benefits due to local management and HR not doing their job — a converted employee needs to attend a benefits orientation in Omaha; according to the postmaster, Omaha doesn't have any scheduled. It's been over three months since I was converted as of the date of September 1, 2018, as per HR records indicate, and today I find myself without benefits, most particularly health, vision and dental benefits; I need to see an eye doctor but I cannot afford to do that because although I should have insurance I don't due to negligence by the USPS.  Go figure.

**DOL OASAM
**DOL OASP
**DOL OLMS        ** 200 Constitution Avenue NW
**DOL OCIA        Washington, DC 20210
**DOL OIG         *Sent via Priority mail and Certified Mail restricted No. ~~7015 0640 0006 8983 8164~~*
**DOL WB                                    7019 1120 0000 9490 7350

William Barr, U.S. Attorney General  -  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001  - *Sent via certified mail restricted No. 7015 0640 0006 8983 8171*

Senator Diane Feinstein  -  331 Hart Senate Office Building, Washington, DC 20510  -  *Sent via certified mail restricted No. 7018 3090 0000 9267 1265*


**PS**. I hope I have explained myself clearly enough; please be aware English is my second language. Feel free to contact me with any questions you may have. Thank you.

VIII

USPS – 120519 Ltr to Board of Governors  (8 pages)

# TO WHOM IT MAY CONCERN

Despite my many efforts to deal with the harassment, discrimination, and retaliation from Carol Eddy toward me Carol continues to come up with ways to harass and intimidate me — I never know from one day to the next what kind of new mental, emotional and psychological torture am going to have to endure.

1) By regulations I have the right to have two 15 minutes breaks. Today while I was taking my first break, as per her instruction, she was paging me to go to the window; when I arrived at the window I was expecting to find a line of people waiting in line but that was not the case — while she gets to spend USPS time to socialize, gossip, complaint about me to my co-workers, I am not allowed to have a break peacefully. She has even paged me a few minutes after she herself had told me to take a break to then page me again (for everyone in the plant to hear) saying "ignore".

2) As it is customary by Joseph E. Kittelson, Postmaster at USPS Norfolk P&DC in Norfolk, NE, regardless of what Carol Eddy (and other employees and management personnel alike) does, he twist things around to make it my fault; a perfect example was his illogical and irrational response to my trying to have him understand that I have a right to enjoy the breaks I am entitle to have per regulations — instead of listening with an open mind and in a professional and intelligent manner he asked if I had notified Carol I was going on a break. I went on a break because she instructed me to go; she was there; of course she knew. Kittelson kept repeating himself: "Did you tell her you were going on a break." I repeated myself. "You are not answering my question, he said. Yes, I said. His immediate response was: "You need to go to the window immediately after you are paged." — "Are you saying I don't have the right to have a break?" "I didn't say that." He replied. "You are missing the point. The point is…" he interrupted me and with anger said: "I am not going to argue with you; end of the conversation." And that was that.

3) The USPS has a black and red medium size poster encouraging employees to speak up and not be silent. Every single time I have exercise the inherent right I have to express my concerns, the so-called postmaster has retaliated against me — FACTS: a) Joseph E. kittelson threatened me with removal immediately after I contacted the EEO in 2005; b) he immediately organized matters so that the employee (who had been harassing me and yelling to me to the point that I got numb and could hardly function) disappear for a while; c) now he (Kittelson) is doing the same thing with the employee who started harassing me because of my age and using vulgar language such as the 'f' word; as soon as I file the complaint he and Brian Hake, Plant Manager, out of the blue set up things for the employee to disappear.

4) During an investigation requested by Douglas P. Lambert, Central Plains District, Omaha, NE, Joseph E. Kittelson not only threated me with removal, he also threatened another employee for supporting me and telling the truth; the employee was so afraid of loosing the job…all the employee dared to say was, and I quote: "These people are corrupt."

5) This begs the question, does the corruption goes all the way up to the USPS Executive Management? —— A couple of weeks ago Joseph E. Kittelson (in the presence of Shyuan "Shy" Jasper) threatened me with the police. He also ordered me not to contact the district offices, the executive offices, nor the Postmaster General (currently Megan Brennan), that they are not interested in reading my correspondence—

## TO WHOM IT MAY CONCERN

A copy of this document is being sent to the following government offices:

Board of Governors
Subcommittee on Government Operations
OIG
OSA
DOL
DOJ *(The DPG is an officer of the court, why has he ignored my calls for help?)*

Sir/Madam:  I am respectfully hereby requesting an investigation into Joseph E. Kittelson's, and everyone at the area level, district, Western Area, executive management who appear to have been supporting, aiding and abetting such a "highly irregular" unending behavior, conduct, mental, emotional and psychological torture against me for having the courage to speak up, and stand up to the corruption that has been going on for years at the Norfolk P&DC. Over 100 pages of documentation do not lie.

I am a US Citizen by naturalization;

I am fluent in English and Spanish (my native language);

I am of Hispanic descent;

I am over 55 years old;

the fact that I continue to fight for my job after the constant harassment I have had to endure since December of 2015 should tell you how much I love and value my employment with the United States Postal Service — with my education and various skills I could find another job, but would that be in the best interest of the USPS?

Would that be in the best interest of your hard and conscientious work to make the USPS accountable? I would think not.

I believe the remaining question would be...would you listen?

Would you exercise the authority granted to you by the USPS Executive Branch and Congress and make sure the most needed changes be made at the Norfolk P&DC to end the abuse, discrimination, retaliation, etc.?

Would you dare to do the right thing and bring order, respect and dignity to the Norfolk P&DC?

Would you ask yourselves... How can the abuse been happening for so long?

Would you ask yourselves... How far does the cover up go to?

Would you ask yourselves... How can this be happening in the Postal Service of the greatest country on earth and for so long?

Did the following USPS management personnel and executives actually said they do not care to hear what I have to say?
- Rick Pivovor, Central Plains District Manager
- Douglas P. Lambert, Central Plains District HR Manager
- Gregory Graves, VP Western Area
- Isaac Cronkhite, Chief HR Officer and EVP
- David Williams, Chief Operating Officer and EVP
- Ronald Stroman, Esquire, Deputy PMG and Chief Govmt. Relations Officer
- Megan Brennan, Postmaster General and CEO

USPS – To Whom it May Concern re Carol Eddy



ii

# TO WHOM IT MAY CONCERN

To the Board of Governors in particular (a few months ago I sent you a flash drive with copies of over 200 pages of documentation illustrating the abuse I have been forced to endure in order to maintain my job with the USPS) I am asking of you to exercise the authority granted to you by the President of the United States of America (currently Donald Trump) and order Joseph E. Kittelson to:

- Stop yelling at Ms. Murillo
- Stop threatening Ms. Murillo
- Stop retaliating against Ms. Murillo (*)
- Stop the dirty manipulation to advance your unethical personal agenda (**)
- Stop humiliating Ms. Murillo, especially in front of her co-workers and mgmt.
- Do not forbid an employee to exercise the right to speak up, ever again
- Respect the female supervisor by including her in meetings she is entitle to attend (***)
- Stop abusing the authority granted to you by the USPS (****)

(*)  The latest retaliation and abuse by Joseph E. Kittelson is the result of my filing a complaint with the OIG; filing a complaint against Brian Hake, Plant Manager for abusive behavior; filing a complaint against Jeffrey Gillotti for abusive behavior, etc.

(**)  When he (Kittelson) call a meeting with me and the male supervisor, I specifically asked if I needed an APWU rep with me and both answered: No.

(***) Kittelson excluded the female supervisor (both her and male supervisor "Shy" Jasper share the same responsibilities.

(****) Yelling at me and threatening me, most recently with the police, based on self-serving fabrications is not only abusive, it is evil in nature.


Janeth Murillo                                          December 2, 2019
USPS Window Clerk+

Enclosures

*PS. I will try to submit copies of the many other documents (over 200) to the other parties as soon as I am capable of — I must admit, all the abuse has really taken a heavy toll on my overall health.*

```
NORFOLK
1100 S PINE INDUSTRIAL RD
NORFOLK, NE 68701-9998
306405-0701
(800)275-8777
11/29/2019 05.06 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| #10 envelope | 1 | $2.19 | $2.19 |
| Illinois | 1 | $0.55 * | $0.55 |
| PM 2-Day | 1 | $7.35 | $7.35 |

Flat Rate Env
  (Domestic)
  (WASHINGTON, DC  20590) → Board of Governors
  (Flat Rate)
  (Expected Delivery Day)
  (Monday 12/02/2019) ←
  (USPS Tracking #)
  (9510 8123 1371 9333 3157 78)

Insurance $0.00
  (Up to $50.00 included)

Sign Conf $3.05

Total: * Memo to Kittelson re: DICK & Amie $13.14

Debit Card Remit'd $13.14
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX3465)
  (Approval #)
  (Transaction #:343)
  (Receipt #:015656)
  (Debit Card Purchase:$13.14)
  (Cash Back:$0.00)
  (AID:A0000000980840          Chip)
  (AL:US DEBIT)
  (PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com

November 29, 2019

**COPY**

Postal Regulatory Commission
Attn.: Board of Governors
475 L'Enfant Plaza SW                    Copy: DOL.
Washington, DC 20590

Re: 3 page enclosure +

The attached three (3) page document/memorandum is self-explanatory — over three (3) years of being forced to endure harassment, discrimination, retaliation by employees and management at different levels, I have been left with no other option but to seek your expedious corrective actions; all my many efforts and graciousness to deal with matters at the local, district, and executive level have been met with things getting worse for me all the time, as you should know by now.

I'm respectfully requesting an independent investigation into the matters stated in the enclosures, and the fact that although the postmaster and Plant manager at the USPS Norfolk, P&DC in Nebraska report two different senior personnel, I have been instructed to communicate only with one supervisor (though I have two direct supervisors), the postmaster and s/b with a title MPO — according to the postmaster I am forbidden/prohibited from contacting the Central Plains District and executive mgmt. I need to hear from you if this is in the best interest of your efforts in making sure the USPS is ran efficiently, honestly, democratly, and as the US President and Congress expect. The enclosed documents are also self-explanatory.

Janeth Murillo    —    Janeth Murillo
                            Career Employee

To: USPS
Joseph E. Kittelson, Postmaster          11.29.2019
Norfolk P&DC
Norfolk, NE 68701

From: Janeth Murillo
Career Employee, USPS

COPY

Following up on the conversation we had a moment ago in your office, again, this is about the third memorandum I write about Dick Jurgens — the purpose of this third note/memorandum (please ask Brian Hake for copy of the first one I wrote some weeks ago — for the record, as it is customary by Brian Hake, Plant Manager he ignored my request for corrective action; I believe the other complain was filed directly with the supervisor [ it should be noted that there are two supervisors in charge of the same areas] you instructed me to contact.

Facts: 1) Dick Jurgens has been harassing me since I came back to work in september of 2019;

2) Dick Jurgens agrees with whatever other employees do regardless of my (and that of my co-workers safety) safety;

3) Dick Jurgens allows other employees to do/perform duties on behalf/for the benefit of the USPS, but when I try to do the same he immediately calls my name out loud and starts saying to me: "leave that shit) you are not suppose to be doing that shit — for the second time today (at around 4:30 a.m.) I had to tell him that the USPS mail to me is not shit.

⟶ OVER

(Cont'd)
Memorandum to J.E. Kittelson

Re: Dick Jurgens                                                11.29.2019

It is hereby requested that Dick Jurgens be instructed to stop using vulgar language with me.

4) Dick Jurgens got upset this morning because I was processing mail that was delivered in error by Omaha to us — it was a bit after 4:00 a.m. when I started doing that. I was working the only gator with parcels we had to work at the time; there were several PM (Priority Mail) packages going to Columbus; customers pay extra money to have their mail delivery PM and mistakes made by us (USPS) should be corrected ASAP and not have customers' mail delayed unnecessarily — I explained to Dick Jurgens. He was not interested. And that was that.

5) Dick Jurgens said that he had worked for two years in Omaha & that he knew Omaha was not going to process the mail today — this # didn't make sense to me; what's the point of the USPS paying independent semi-truck drivers to go deliver mail to Omaha, then?

6) I explained to Dick Jurgens that I had talked abouth this matter with management and that he should do the same if he had a problem with my helping the mail to be delivered on time — He was not interested in listening about what I had to say.

7) I continued processing parcels; I noticed he was talking/complaining to (Amy) Amie Kitzman;

11.29.2019

⟶ over

P. 3 of 3

Memorandum to J.E. Kittelson
Re: Dick Jurgens                                    11.29.2019

8) Dick Jurgens is in the habit of spreading rumors and consulting with other employees about me;

9) Dick Jurgens' unprofessional and unethical conduct and behavior has created a hostile environment for me;

10) Dick Jurgens has a lot more years of service with the USPS, or so it appears to me, and because of that employees who have become close friends with him can do no wrong in his eyes.

I need to know that the valid complaints I have filed against Dick Jurgens are taken seriously; since that has not been the case I'm being forced to inform the USPS Board of Governors — as part of the USPS Postal Regulatory Commission they have a responsibility to make sure the USPS is managed properly and efficiently. And above all, they have a responsibility toward the President of the USA (currently: Mr. Donald Trump) to make sure that the law is not violated; that USPS regulations and Federal Law are complied with.
It is here by requested that Dick Jurgens' discrimination (I'm Hispanic) and retaliatory tactics be put an end to.
Further, I'm requesting an investigation into Amy Kitzman's harassment and discrimination and retaliation against me; and for stealing from the USPS on a daily basis by spending lots of time gossiping and inciting other employees against me.
Board of Governors, please make sure the harassment, discrimination and retaliation against me is put to rest for good.                                         11.29.20



November 29, 2019

Postal Regulatory Commission
Attn.: Board of Governors
475 L'Enfant Plaza SW
Washington, DC 20590

Re: Benefits

COPY

Copy: DOL

I was converted to full-time career employee as of September 1, 2018, per arbitration agreement of August 27, 2019,

Yet, as of today I have received no orientation whatsoever regarding the benefits I'm entitled to receive.

As of today, I have no insurance due to the negligence and irresponsibility of USPS employees in charge of providing me with all the necessary information to make informed decisions, and, above all, that I miss no deadlines as per USPS regulations.

I am respectfully requesting that my benefits be given the importance and due dilligence my life (any USPS employee's life) deserve.

I need to hear from you that I'll be granted all benefits any full-time career employee is entitle to.

Janeth Murillo — Janeth Murillo
Career Employee

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**



November 21, 2019

U.S. Department of Labor                    *Sent via Certified Mail No. 7015 0640 006 8983 8157*
OSHA, Omaha Area Office
444 Regency Parkway Drive, Suite 303
Omaha, NE 68114-3779
(402) 553-0171

Re:     USPS Norfolk P&DC *(Processing and Distribution Center)* in Norfolk, NE

Dear Mr. Craig:

Thank you very much for your certified letter No. 7017 0660 0000 3576 7171 dated November 14, 2019. The following is the information you requested—

1. The USPS facility address where I work and concerns are located is:
   Norfolk P&DC
   1100 South Pine Industrial Road
   Norfolk, NE 68701
   (402) 644-4107

2. My telephone number at home is:     (402) 439-2873
   My mobile number is:                (402) 515-8569
   *(I am usually available in the afternoon after 1:45 p.m. — my work hours are 4:30 a.m. to 1:30 p.m., except Thursday which is one my two days off)*

3. The specific areas within the USPS facility where the concerns are located are as follows:
   - Dock area
   - Parcels area *(inside and outside)*
   - 686/687 flats area
   - Window area
   - Parcels area
   - Box section
   - Norfolk flats area

Since 2016 I have communicated with local management, HR in Omaha, Colorado and Washington, executive management, Rick Pivovor, Dentral Plains District Manager about serious concerns such as:

- Harassment, retaliation and discrimination
- Exits and emergency pathways regularly being blocked
- Pieces of hard plastic at the bottom of empty APCs *(tall metal cages)* employees use to dump heavy hard plastic tubs with flats
- Hampers, APCs and wires in the middle of exit areas
- Machinery/equipment left on and unattended for long periods of time
- Equipment being left with the keys in the ignition while unattended *(against regulations)*
- OTRs *[USPS largest and tallest steel cage approximately 6.5 feet tall x 40 or 50 inches wide]* blocking one of the exits in the parcels area employees should be able to utilize in case of an emergency, etc.

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

As it is customary at the Norfolk P&DC *(supported by USPS management at all levels)* I am *(has been since 2015)* being laughed at, intimidated, threatened, harassed and retaliated against by:

* Joseph E. Kittelson, Postmaster
* Brian Hake, Plant Manager
* Jeffrey Gillotti and Lisa Gillotti *(the wife is now retired)*, Assistant Manager for having the courage to stand up to them all and for speaking up about these and other matters as well
* Central Plains district management
* HR in Omaha and WA
* USPS Employee Relations
* USPS executive management *(last week Joseph E. Kittelson yelled at me and in a threatening manner and tone of voice threatened me with the police and told me that executive management didn't care to hear from me and to stop writing to them}.*
* PSEs *(P/T Postal Support Employees)*
* Career employees.

In an effort to protect myself, and my employment with the USPS *(a privilege I treasure)*, I am respectfully requesting that an immediate notice be sent to the location telling them not to yell, intimidate, humiliate, harass nor threaten me anymore as the postmaster did last week in the presence of one of the supervisors I directly report to—Shyuan (Shy) Jasper.

I am a US Citizen by naturalization 62 years old Hispanic female and all the mental, emotional, psychological abuse I have been forced to endure since 2015 in order to maintain my job with the USPS has taken a considerable toll on my overall health —Just yesterday a parcel passed flying an inch or so from my eyes… the hostile environment against me, enable by management, is such I am actually scare…the only thing USPS management and employees have not done so far is physically harm me.

Please note that today I am sending via Priority Mail a copy of this letter to the District Court for the District of Nebraska as part of the documentation I am presenting to the Court regarding a new lawsuit I am filing against the USPS for the mistreatment, harassment, retaliation and discrimination I am currently having to endure in order to keep my job.

*Janeth Murillo*
Janeth Murillo
USPS Norfolk P&DC employee since 2015

Copy:   Office of the Clerk                                   **Sent via Priority Mail + signature confirmation**
        United States District Court
        Roman L. Hruska U.S. Courthouse
        111 South 18th Plaza, Suite 1152
        Omaha, NE 68102-1322

        National Labor Relations Board              **Sent via Priority Mail Express**
        St. Louis Regional Office
        1222 Spruce St., Room 8.302
        St. Louis, Missouri 63103
        (314) 539-7770

DOL OSHA_ltr of 112119 to Darwin Craig (two pages)                                                            ii

```
=========================================
                 NORFOLK
        1100 S PINE INDUSTRIAL RD
          NORFOLK, NE 68701-9998
              306405-0701
              (800)275-8777
          11/21/2019 05:09 PM
=========================================
=========================================
-----------------------------------------
Product            Qty   Unit      Price
                         Price
-----------------------------------------
First-Class Mail®    1   $0.55    $0.55
Letter
    (Domestic)           U.S.
    OMAHA, NE  68114)    DDL  OSHA
    (Weight:0 Lb 0.20 0z)
    (Estimated Delivery Date)
    (Saturday 11/23/2019)
Certified                          $3.50
    (USPS Certified Mail #)
    (0150640000689838157)
Return Receipt                     $2.80
    (USPS Return Receipt #)
    (9590940304495169799019)
PM Exp 2-Day         1   $25.50   $25.50
Flat Rate Env
    (Domestic)
    (SAINT LOUIS, MO  63103  U.S. DOL
    (Flat Rate)              Labor relations
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Saturday 11/23/2019 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EJ150056345US)
PM Exp Insurance                   $0.00
    (Up to $100.00 included)
-----------------------------------------
Total:                            $32.35
-----------------------------------------


-----------------------------------------
Debit Card Remit'd                $32.35
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXXX3465)
    (Approval #)
    (Transaction #:331)
    (Receipt #:015666)
    (Debit Card Purchase:$32.35)
    (Cash Back:$0.00)
    (AID:A0000000980840        Chip)
    (AL:US DEBIT)
    (PIN:Verified)
-----------------------------------------
```


**UNITED STATES POSTAL SERVICE**

November 19, 2019

TO:    Janeth Murillo
       PO Box 1002
       Stanton NE 68779-1002

RE:    Communication Instructions

Dear Janeth:

It has come to my attention that you have sent communication in various form – emails, faxes, letters, phone calls - to Leadership members in USPS Headquarters and the Central Plains District Office regarding issues that you believe are negatively impacting you in your place of employment. Some of these issues include, but are not limited to, your perceptions regarding how you are treated at work, and your personal thoughts tied to how the operations should be run.

Effective immediately, I am instructing you to follow the proper protocol and go through your chain of command when communicating your disagreements, differences, and/or complaints regarding your work conditions. Your chain of command starts with your immediate supervisor, progressing to your Postmaster, then to the MPOO. If you prefer to address your issues with your chain of command in writing, you may do so. However, you are instructed to cease sending courtesy copies of such communication to members of District and Headquarters Leadership including, but not limited to, the Postmaster General of the US Postal Service.

Note that you may also go through the proper grievance channels, as established in Article 15 of the National Agreement, to address your workplace concerns.

Thank you,

Joe Kittelson
Postmaster

cc:    File

---

*Handwritten annotations:*

(★) Some time in 2017 when Kittelson, in cahoots with the plant mgr and his subordinates, tried to suspend me (an honorable Sr. Labor Relations specialist from Denver immediately order local mgmt as well as Omaha mgmt to put me back to work w/thou delay) I requested the chain of command info and Kittelson refused to give it to me. JM. 12.02.2019

(★)

what guarantee do I have the MPOO (I don't even know what that stands for) will receive my correspondence?

I need the mailing address for this individual to contact in case my concerns are not given the proper attention as has been the case in the past. Janeth. I'll contact the MPOO, if need be— through hopefully never— Mr. Jasper. JM.

This memorandum was given to me by Shyvan. Jasper, Supervisor — Window, Parcels, Box Section, Carriers on 11-22-19 @ 8:06 AM.
12/2/19

Janeth Murillo

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

November 18, 2019

To:     • DOL
        Attention: OASAM
        • DOL
        Attention: Office of Congressional and Intergovernmental Affairs
        • DOL
        Attention: OSHA
        • Office of the Inspector General
        Attention: Larry D. Turner, Deputy Inspector General
        • EEOC

From:  Janeth Murillo, USPS Career Employee

Re:    "Highly irregular" management of the USPS at the local and upper levels, executive level included.

Objective:  To put an end to the harassment, discrimination based on my age, retaliation, mental, emotional and psychological abuse by USPS Norfolk P&DC local management and employees alike.

Sir/Madam:

The enclosed documents are self-explanatory. As you would be able to see for yourselves, countless opportunities have been given to the USPS at all levels to correct the, to put it mildly, highly irregular manner in which the USPS Norfolk P&DC in Norfolk, NE has is being run for many years.

During my shift from 4:30 a.m. to 1:30 p.m., sometime in the morning of Friday, November 15, 2019, I was working parcels when one of the supervisors I report to told me that he needed me in his office. When I arrived, the postmaster was waiting for me. He (postmaster) asked me about an incident involving the window lead clerk and me as a customer –I had been disrespected and humiliated by the window lead clerk; however, as he has done in the past, the postmaster turned the situation around to make it my fault. It did not matter what other people who were not in line with his personal agenda had to say. His agenda for the day was to retaliate against me for standing up to the abuse by USPS management personnel in charge of the other half of the Norfolk P&DC operations. Yelling at me, he ordered me to stop writing to other management personnel, executive management included. My options were to communicate with the male supervisor or the APWU. According to the postmaster, the USPS executive management is not interested in what I have to say and that they are not going to pay attention, and to stop writing to them.

I had hoped that after my generosity at accepting the settlement agreement on August 27, 2019, the USPS had done their job to prevent future harassment, retaliation, discrimination, mental, verbal, emotional and psychological abuse. They did not. As soon as I returned to work the harassment, discrimination and retaliation commenced again.

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

Yelling at me the postmaster also ordered me to stop writing to the plant manager and his assistant — these two individuals are not under his umbrella/authority; the plant manager reports directly to the senior plant manager in Omaha. As you would be able to determine by reading the enclosed documents, I have more than valid reasons to copy the USPS executive management.

If in fact what the postmaster barked at me this past Friday is true, it explains the reason local management feel they can do whatever they want and face no consequences. It also explains the 'highly irregular' manner in which the USPS Norfolk P&DC has is being ran for years. Simply put, the USPS executive management is has been part of the cover up/negligence/ineptness all along.

Yelling at me the postmaster had the nerve to threaten me with the police. Any intelligent person who respects himself/herself would have asked for the supervisor the way I did so that no other employee who had filed a complaint against a window clerk goes through the mistreatment and humiliation the window lead clerk put me through; she ignored my request to speak to a supervisor. I had to ask another window clerk to do that. The supervisor on duty promptly came over. I explained the situation. Gently she asked the window-lead-clerk if she could help me once she had finished helping the current customer. She *(lead-clerk)* responded in the affirmative. I indicated to the supervisor that I had already been in line and it was customary to get back to the customer once he/she was ready with the necessary forms and it was feasible to do so. "I would wait", I said to the nice supervisor. I recently had to file complaints of harassment and discrimination against the window-lead-clerk; it was obvious she was retaliating against me by treating me with the irreverence and disdain she did. Her disrespectful behavior was what prompted me to ask to see a supervisor. Going back to the meeting with the postmaster in the presence of just the male supervisor, the fact that the postmaster was intentionally excluding the female supervisor out of the meeting demonstrates the manipulative and self-serving manner in which the postmaster appears to behave and to manage the location.

The plant manager and plant manager assistant against whom I had filed complaints of harassment and discrimination and disrespect report directly to the senior plant manager in Omaha. The Postmaster appears to be angry with me for filing the complaints. That should not give him the right to retaliate against me, as he has done in the past.

The postmaster should not be permitted to give employees orders concerning management personnel who report to someone else, not him – there is a reason the USPS has elected to have two halves of the management of the location report to two different individuals. Every time I have had to complaint about the plant manager and his assistant, the postmaster, among others, have retaliated against me.

Fact: the Norfolk P&DC functions thanks to the conscientious, hard and diligent work and dedication of the two supervisors in charge of the Parcels and Window and Carriers Areas. The two supervisors' extraordinary people skills, education, remarkable energy and enthusiasm, compassion and professionalism inspire the best in others. Both of these supervisors have university degrees. One of them has an MBA. Yet he has been a supervisor for many years—this begs the question as to how efficient is the system the USPS utilizes to fill management vacancies. With all due respect, I am requesting the DOL and the EEOC to look into this matter and find out if the male supervisor has ever file any petition for other positions he is obviously well qualified for. If yes, how many times has the supervisor done that?

Has the supervisor ever filed a formal complaint with the DOL or the EEOC for discrimination because of his skin color?

Will you all please exercise the power of your offices to end USPS management and executives from making of USPS policies and procedures, and of the federal law of the United States of America, a mockery?

I look forward to your prompt and lasting resolution to the serious matters presented here.

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

Copy:   • APWU HQ
       Attention: Mark Dimondstein, National President
       • The Judiciary
       • Supervisor — Mr. Jasper, in order to protect myself against the postmaster I am not copying your colleague supervisor who shares the same responsibilities you do, I would like you to give a copy of this three page document to her, please.  I am confident someone with the proper authority will take the corrective action of ordering the postmaster to respect the female supervisor and include her in everything he is including you/ordering you to do. I am confident the government officials will do so; I still have faith that someone in the government and the judiciary will do the right and just thing and put an end to the misconduct and violations of USPS policies and procedures and violations of law. Manipulation, intimidation, threats, discrimination, verbal, mental, emotional and psychological abuse and grandiosity have no place in the USPS. Congress and the President of the United States of America deserve better.

*PS. English is my second language.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USPS
H.Q. Attn: Megan J. Brennan
Postmaster Gral and CEO
475 L-Ensant Plaza SW
Washington, DC 20260

9590 9402 3318 7196 0782 14

2. Article Number *(Transfer from service label)*

7018 3090 0000 9267 2316

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  RECEIVED
X    Office of the PMG
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    NOV 1 2 2019    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

Monday, November 4, 2019

Brian Hake
Operations Manager
USPS Norfolk P&DC
1100 South Pine Industrial Road
Norfolk, NE 68701

Re:  Your discrimination and unprofessional conduct this morning,

The USPS has policies and procedures intended to prevent harassment, discrimination, and all types of misconduct; for some unjustifiable reason you have gotten away with yelling at me in front of my co-workers to the point of my getting numb due to your emotional and disrespectful and unprofessional conduct in the past.

You also have misrepresented the facts of previous misconduct by those close to you and whom you have gone the extra mile to protect – the verbal, mental, psychological and irrational conduct and abuse must stop—your demeaning, humiliating and highly prejudicial and discriminatory behavior towards me this morning was uncalled for, and completely unprofessional, designed to cause me harm by abusing the position and trust the USPS has bestowed upon you.

When an employee is concerned about the mail getting ready for the carriers and/or the USPS box customers, and the only supervisor on duty is busy dealing with a delicate matter involving an employee, and you are present doing nothing else than socializing and laughing with your assistant, Jeffrey Gillotti—you follow him outside when he is smoking a cigarette; then you follow him inside the plant; the telephone keeps ringing, you are available (just socializing with Mr. Gillotti in the corridor close to the telephone and you do nothing (that was the case this morning) –  and the employee goes to you to suggest that you instruct the PSEs (who out of the blue decided to stop working the box section) to go back to help finish the work needed to be done so that customers get their mail on time is no reason for you to start talking to me with your eyes open, pointing a finger at me, criticizing me in a derogatory and demeaning manner saying: "Look at what you are doing, you left your work area, wasting time...etc.", and then go to Carol Eddy to tell her that you have reassigned me the box section, and in a manner that clearly conveyed to her your disgust toward me is utterly unacceptable.

A conscientious, educated and decent manager would have said something to the effect of 'thank you for letting me know, Janeth, I'll look into that; please go back to continue working the box section. The deplorable manner in which you treated me cannot be tolerated anymore and must stop. Whatever your personal problem is with my coming back to continue working for the USPS after you, your subordinate, and other local management personnel (supported by HR at different levels) colluded to

Page 1 of 2

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

get me fired but were unsuccessful, that, Mr. Hake, that is your own challenge to deal with. The USPS has an excellent program to help employees with their psychological, mental, and emotional difficulties perhaps your superiors may consider making it mandatory for you to use the program – venting your anger by behaving in the disgraceful manner in which you did this morning [the latest in a series of unacceptable conduct by a manager representing the USPS, and the people responsible to run it on behalf of the President of the United States of America (currently Mr. Donald Trump) under the supervision of the Board of Governors and Congress] should not be condone by your direct supervisor, the HR manager, and/or the district manager, let alone the USPS Executive Management they report to.

In the interest of the USPS, you must understand and keep in mind that everything you do, and everything you don't do but should do, reflects on your immediate superiors, and ultimately on the USPS Executive Management, especially Ms. Megan J. Brennan, Postmaster General and Chief Executive Officer, and Ronald A. Stroman, Deputy Postmaster General and Chief Government Relations Officer. The USPS Norfolk P&DC center has a 'colossal' entitlement problem which involves regular employees and PSEs doing whatever they want to do, especially when there is no supervisor on duty as it is the case with the first shift which you are responsible for. Conduct and behavior like the one you exhibited this morning aggravates the situation and keeps sending the wrong message to my co-workers. A message they are more than eager to comply with since they have not been able to break my spirit and are fully aware I don't play politics.

I have the right to be treated with respect, you seem incapable of doing that. You feel you can treat me like trash anytime you feel like it. Somebody must put a stop to it. To that end, I am asking the U.S. Department of Labor Civil Rights Center to follow up on this serious matter to make sure that that the USPS management at the district level, area, and executive level do what must be done to ensure that you treat me with the respect and dignity every USPS employee is entitle to.

Janeth Murillo
USPS Career Employee

Copy:
Senior Plant Manager, Omaha
District Plant Manager, Omaha
Western Area VP
Chief Human Resources Officer and EVP
Ronald A. Stroman, Deputy Postmaster General and Chief Government Relations
Megan J. Brennan, Postmaster General and Chief Executive Officer
Department of Labor, Civil Rights Center, N-4123, attention OASAM

 Gmail

Janeth Murillo <janethm76131@gmail.com>

---

# Harassment, discrimination, retaliation is against the law and USPS regulations
1 message

**Janeth Murillo** <janethm76131@gmail.com>
To: rita.l.rodriguez@usps.gov
Cc: Janeth Murillo <janethm76131@gmail.com>

Fri, Nov 8, 2019 at 4:22 PM

Mr. Graves, the attached is self-explanatory. To make sure my concerns and valid complaints are taken seriously and not made of them a which hunt, and a mockery of the law and USPS regulations I am obligated to address my concerns and complaints with you and other executives who could learn from the gravely poor experience I have had, and continue to endure, despite the fact that HR at the district and executive, Western Area offices have received over 250 pages of documentation.

I sincerely hope things were going to be better after my extremely generous settlement agreement of August 27, 2019...I am shocked to see that after all my efforts to bring the grave issues Norfolk P&DC has been having for years I am still being retaliated against, discriminated against, disrespected and humiliated. This must stop. And it is obvious to me that only federal government agencies may be able to do something definitive to bring some sense of dignity and respect to the USPS Norfolk P&DC.

Janeth Murillo
Career Employee

Copy: HR VP, Isaac Cronkhite; Chief Operating Officer and EVP David E. Williams; Deputy Postmaster General and Chief Government Relations officer Ronald A. Stroman

---

📄 **USPS _ TO WHOM IT MAY CONCERN 110619 _ Exec.pdf**
462K



Janeth Murillo
P.O. Box 1002
Stanton, NE 68779

October 30, 2019

...w and USPS policies

...formal complaint before you and the Department of Labor based on
...uct and violations of law and USPS regulations this morning at around

...ctfully/angrily asked Deven Petersen giving Ms. Murillo an evil look;
...se Ms. Murillo removed empty tubs from the middle of the small area

...ck Jorgensen, T-7 and individual assigned by Brian Hake, Automation and
...ible for the shift and employees safety;
...gensen wanted to force Ms. Murillo to work in unsafe conditions by
...e middle of the small work area and wanting to force Ms. Murillo to work
...), and Brian Hake are well aware, I got injured in the same small area – I
...nsen that I didn't want to get hurt again but he wouldn't even allow me to
...Murillo has brought up this issue in the past with local management,
...ers, among others;
...ing to Dave, Electronic Technician, about the computer system connected to
...a message "RSP Disconnected", Deven Petersen went around the area and
...f empty tubs I had moved away from the middle of the small work area and
...ly took the pile of empty tubs from where I was talking with Dave and
...iddle of the small work area;
...thing to the effect of 'here Dick, I brought them for you;
...tersen said – a moment later D. Petersen and D. Jorgensen were laughing;

Page | i

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

October 30, 2019

Joseph E Kittelson
Postmaster
Norfolk P&DC
1100 S Industrial Pine Rd.
Norfolk, NE 68701

Re:  Deven Petersen's violations of law and USPS policies

The purpose  of this letter is to file a formal complaint before you and the Department of Labor based on Deven Petersen's unacceptable conduct and violations of law and USPS regulations this morning at around 4:55 a.m.

Facts:

1) "How old are you?" disrespectfully/angrily asked Deven Petersen giving Ms. Murillo an evil look;
2) D. Petersen was angry because Ms. Murillo removed empty tubs from the middle of the small area where parcels are sorted;
3) "What the fuck" he said to Dick Jorgensen, T-7 and individual assigned by Brian Hake, Automation and Dock Manager to be responsible for the shift and employees safety;
4) Deven Petersen and Dick Jorgensen wanted to force Ms. Murillo to work in unsafe conditions by placing empty tubs right in the middle of the small work area and wanting to force Ms. Murillo to work unsafely – as you (J. Kittelson), and Brian Hake are well aware, I got injured in the same small area – I tried to explain to Dick Jorgensen that I didn't want to get hurt again but he wouldn't even allow me to explain – for the record Ms. Murillo has brought up this issue in the past with local management, Central Plains District officers, among others;
5) While Ms. Murillo was talking to Dave, Electronic Technician, about the computer system connected to the ring scanners giving us a message "RSP Disconnected", Deven Petersen went around the area and aggressively took the pile of empty tubs I had moved away from the middle of the small work area and into a safe place, and angrily took the pile of empty tubs from where I was talking with Dave and placed them back in the middle of the small work area;
6) Deven Petersen said something to the effect of 'here Dick, I brought them for you;
7) "What the fuck!" Deven Petersen said – a moment later D. Petersen and D. Jorgensen were laughing;

Page | i                                                       USPS _ 10.20.19 letter to J Kittelson re Deven Petersen

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

8) After Dave and Ms. Murillo finished talking, Ms. Murillo went back to the small/tiny work area to continue working and not only did she find the pile of empty tubs she had removed to a safe place, but D. Petersen, out of anger, had made the pile of empty tubs even higher making it even more dangerous for Ms. Murillo – Ms. Murillo removed the empty tubs again and placed them behind the cart used to process the distribution of parcels;

9) D. Petersen brought them back from the back of the – as you (J. Kittelson) know, it takes only a couple or three steps to get the empty tubs from the back of the cart when necessary instead of having them right in the middle of the work area;

10) Ms. Murillo removed the taller pile of empty tubs again;

11) In an effort to stay away from Dick Jorgensen (whom Ms. Murillo had to report for harassment and disruptive behavior twice already (first to Brian Hake and then you), Ms. Murillo was working from the corner facing the supervisors' desks. And in order to expedite the sorting process Ms. Murillo was trying to get help getting the ringer scanning working – Dave somehow managed to get it working although he has not received any training at all on this particular computer system (Ms. Murillo already gave a suggestion to management to consider providing ET personnel the necessary training);

12) Working out of that corner meant that Ms. Murillo had to walk back and forth from one end to the other; having Dick Jorgensen and Deven Petersen placing piles of empty tubs right in the area she had to walk through in order to do her job put Ms. Murillo at risk of getting hurt again;

13) Dick Jorgensen left the area and disappeared;

14) Deven Petersen followed his example and moved away;

15) Deven Petersen then went to the 68701 flats area being worked by Loni and started complaining to him – a drink in his (Deven) hand;

16) Deven Petersen then moved to the next flat area (the one near the entrance to the break room) and started complaining again, this time to Amy {Deven Petersen did the same thing yesterday complaining before Lori Hanel and Cindy both APWU representatives – he was transferring parcels from an APC into a 1040, I believe it is called (the biggest steal container used to transport USPS mail), Ms. Murillo indicated to him that that was not the way to do that and that we needed to do the opposite – transfer parcels and boxes out of the big container into a wire – Deven asked if I was sure – his tone of voice told me I was wasting my valuable time and energy; I walked away – he (Deven Petersen) then walked away and wen to complaint to Lori (she was working Norfolk letters), and Cindy who was talking to Lori; he then pushed the huge steel container to the small work area creating un unnecessary risk to others};

17) After making sure he had accomplished his goal of spreading venom against me today. as he had done yesterday, he too disappeared and did not come back to work [even though he is schedule to work until 7:00 a.m.] – it was approximately 5:15 when Deven Petersen stopped working parcels in order to continue antagonizing other employees against Ms. Murillo.

Daven Petersen prejudging and menacing conduct and behavior against Ms. Murillo clearly violates USPS regulations.

USPS _ 10.20.19 letter to J Kittelson re Deven Petersen

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

Deven Petersen terrorization against Ms. Murillo and talking about her age and telling her "grow up", when all Ms. Murillo is doing is protecting herself, is not only against USPS policies and regulations, it is also discriminatory and against the law.

By copying the U.S. Department of Labor, Office of Labor-Management Standards, I am respectfully requesting the following:

1) A diligent follow up into this matter
2) To ensure an effective and most urgently needed permanent corrective action
3) To permanently end Deven Petersen's harassment, unacceptable conduct, unlawful discrimination against Ms. Murillo, and his conduct unbecoming a USPS employee.

Mr. Eugene Scalia, Esq.                                    **Sent via USPS Certified Mail**
Secretary of Labor
200 Constitution Ave NW
C-2318
Washington, DC 20210

Janeth Murillo
USPS Career Employee

Page | iii                                    USPS _ 10.20.19 letter to J Kittelson re Deven Petersen

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

November 18, 2019

To:     • DOL
        Attention: OASAM
        • DOL
        Attention:  Office of Congressional and Intergovernmental Affairs
        • DOL
        Attention: OSHA
        • Office of the Inspector General
        Attention: Larry D. Turner, Deputy Inspector General
        • EEOC

From:   Janeth Murillo, USPS Career Employee

Re:     "Highly irregular" management of the USPS at the local and upper levels, executive level included.

Objective:   To put an end to the harassment, discrimination based on my age, retaliation, mental, emotional and
             psychological abuse by USPS Norfolk P&DC local management and employees alike.

Sir/Madam:

The enclosed documents are self-explanatory. As you would be able to see for yourselves, countless
opportunities have been given to the USPS at all levels to correct the, to put it mildly, highly irregular manner in
which the USPS Norfolk P&DC in Norfolk, NE has is being run for many years.
During my shift from 4:30 a.m. to 1:30 p.m., sometime in the morning of Friday, November 15, 2019, I was
working parcels when one of the supervisors I report to told me that he needed me in his office. When I arrived,
the postmaster was waiting for me. He (postmaster) asked me about an incident involving the window lead
clerk and me as a customer –I had been disrespected and humiliated by the window lead clerk; however, as he
has done in the past, the postmaster turned the situation around to make it my fault. It did not matter what
other people who were not in line with his personal agenda had to say. His agenda for the day was to retaliate
against me for standing up to the abuse by USPS management personnel in charge of the other half of the
Norfolk P&DC operations. Yelling at me, he ordered me to stop writing to other management personnel,
executive management included. My options were to communicate with the male supervisor or the APWU.
According to the postmaster, the USPS executive management is not interested in what I have to say and that
they are not going to pay attention, and to stop writing to them.
I had hoped that after my generosity at accepting the settlement agreement on August 27, 2019, the USPS had
done their job to prevent future harassment, retaliation, discrimination, mental, verbal, emotional and
psychological abuse. They did not. As soon as I returned to work the harassment, discrimination and retaliation
commenced again.

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

Yelling at me the postmaster also ordered me to stop writing to the plant manager and his assistant — these two individuals are not under his umbrella/authority; the plant manager reports directly to the senior plant manager in Omaha. As you would be able to determine by reading the enclosed documents, I have more than valid reasons to copy the USPS executive management.

If in fact what the postmaster barked at me this past Friday is true, it explains the reason local management feel they can do whatever they want and face no consequences. It also explains the 'highly irregular' manner in which the USPS Norfolk P&DC has is being ran for years. Simply put, the USPS executive management is has been part of the cover up/negligence/ineptness all along.

Yelling at me the postmaster had the nerve to threaten me with the police. Any intelligent person who respects himself/herself would have asked for the supervisor the way I did so that no other employee who had filed a complaint against a window clerk goes through the mistreatment and humiliation the window lead clerk put me through; she ignored my request to speak to a supervisor. I had to ask another window clerk to do that. The supervisor on duty promptly came over. I explained the situation. Gently she asked the window-lead-clerk if she could help me once she had finished helping the current customer. She *(lead-clerk)* responded in the affirmative. I indicated to the supervisor that I had already been in line and it was customary to get back to the customer once he/she was ready with the necessary forms and it was feasible to do so. "I would wait", I said to the nice supervisor. I recently had to file complaints of harassment and discrimination against the window-lead-clerk; it was obvious she was retaliating against me by treating me with the irreverence and disdain she did. Her disrespectful behavior was what prompted me to ask to see a supervisor. Going back to the meeting with the postmaster in the presence of just the male supervisor, the fact that the postmaster was intentionally excluding the female supervisor out of the meeting demonstrates the manipulative and self-serving manner in which the postmaster appears to behave and to manage the location.

The plant manager and plant manager assistant against whom I had filed complaints of harassment and discrimination and disrespect report directly to the senior plant manager in Omaha. The Postmaster appears to be angry with me for filing the complaints. That should not give him the right to retaliate against me, as he has done in the past.

The postmaster should not be permitted to give employees orders concerning management personnel who report to someone else, not him – there is a reason the USPS has elected to have two halves of the management of the location report to two different individuals. Every time I have had to complaint about the plant manager and his assistant, the postmaster, among others, have retaliated against me.

Fact: the Norfolk P&DC functions thanks to the conscientious, hard and diligent work and dedication of the two supervisors in charge of the Parcels and Window and Carriers Areas. The two supervisors' extraordinary people skills, education, remarkable energy and enthusiasm, compassion and professionalism inspire the best in others. Both of these supervisors have university degrees. One of them has an MBA. Yet he has been a supervisor for many years—this begs the question as to how efficient is the system the USPS utilizes to fill management vacancies. With all due respect, I am requesting the DOL and the EEOC to look into this matter and find out if the male supervisor has ever file any petition for other positions he is obviously well qualified for. If yes, how many times has the supervisor done that?

Has the supervisor ever filed a formal complaint with the DOL or the EEOC for discrimination because of his skin color?

Will you all please exercise the power of your offices to end USPS management and executives from making of USPS policies and procedures, and of the federal law of the United States of America, a mockery?

I look forward to your prompt and lasting resolution to the serious matters presented here.

**Janeth Murillo**
**P.O. Box 1002**
**Stanton, NE 68779**
**(402) 515-8569**

Copy:    • APWU HQ
          Attention: Mark Dimondstein, National President
          • The Judiciary
          • Supervisor — Mr. Jasper, in order to protect myself against the postmaster I am not copying your colleague supervisor who shares the same responsibilities you do, I would like you to give a copy of this three page document to her, please. I am confident someone with the proper authority will take the corrective action of ordering the postmaster to respect the female supervisor and include her in everything he is including you/ordering you to do. I am confident the government officials will do so; I still have faith that someone in the government and the judiciary will do the right and just thing and put an end to the misconduct and violations of USPS policies and procedures and violations of law. Manipulation, intimidation, threats, discrimination, verbal, mental, emotional and psychological abuse and grandiosity have no place in the USPS. Congress and the President of the United States of America deserve better.

*PS. English is my second language.*

Page 1 of 2

USPS

To: Douglas P. Lambert (via email)
H.R. Mgr - Central Plains District          12 Nov. 2019
Omaha, NE

From: Janeth Murillo          Copy: I. Cronkhit, chie
Clerk - Career                       H.R. Officer and
Norfolk, P&DC, Nebraska                EVP

Re: lori Hanel

At around 10:15 a.m. Carol Eddy told me to ask lori Hanel to count the deposit money and sign the computer generated receipt verifying the count of money/deposit. — she refused.

I thought she was busy helping a customer but that was not the case; when I talked to her and told her Carol had asked me to have her verify the deposit she lifted her arm, looked a me with anger and moved away. I immediately contacted the supervisor on duty, Shyuan Jasper.
Exasperated Lori approached Shyuan. He then told me lori and I can't talk to each other per Joseph E kittelson, Postmaster.
This is a perfect example of the poor (to put it mildly) management m/o by Joseph E. Kittelson, not to mention his extremely poor communication, both things (which) that have contributed to the penitentiary/retaliatory athmostphere at the Norfolk P&DC — the fact that I asked Joe to make sure Lori treated me with respect and stopped bossing me around was no reason for Joseph E. Kittelson to agreed to what my common sense tells me



was Lori Hanel's request/retaliation for my having the courage to stand up to her/defend myself.

I now understand the hostility I am facing from her friends and PSEs who even refused to do the job they have been scheduled to do just because they do not want to work with me.

The gang style raining at the Norfolk P&DC keeps getting worse by the date. It is what long time employees like Lori Hanel, Carol Eddy who out of retaliation for my having to do what the supervisors should've done, as I requested in writting, started complaining about me to Lori Hanel, Dixie Cunningham also, I believe, making me look bad before my co-workers — to Carol Eddy may know how to do her job but her behavior toward people she doesn't like, especially because of their age and race, should no be condone by the USPS. I filed a complaint about her and she is today a bit more relax and behaving better, I now am able to breath and think.

Going back to Lori Hanel, I now fully understand PSE Bridget's today's awful behavior towards me; out of the blue she decided she didn't want to work parcels and started working the Box Section at 6:10 a.m. perfectly knowing parcels need to be done first. The supervisor arrived at around 6:45 and she continued to work the Box Section.

Note: If Lori Hanel demanded she does not want to talk to me then she shouldn't be working the window.

USPS
Attention: Jeffry Gillotti
Norfolk P&DC
1100 S Pine Industrial Road
Norfolk, NE 68701

11.13.19

Date of event: 11.12.19

Re:  Your irrational conduct and bullying

You have crossed the line more than once before but what you did today crossed a point of no return. The USPS has multiple publications and policies against harassment, discrimination and all kinds of abuse; the United States of America federal government has specific laws to protect employees from bullies like you.

It appears that there was in the past an investigation into you for bullying. It appears that some employees affirmed the allegations. I filed a complaint against you over a year ago – I was retaliated against for doing that by your superior Mark Talbott, Senior Plant Manager, as well as by the Central Plains District Human Resources Manager Douglas P. Lambert, and Joseph E. Kittelson, Norfolk P&DC Postmaster.

The fact that you still today behaved in such preposterous manner as to willingly, and intentionally hurt the interest of the United States of America Postal Service just to hurt me speaks of something very rotten inside the administration of the United States Postal Service Central Plains District. Something that goes against everything the USPS stands for and what the Department of Labor Acts and regulations purport to represent. Simply put, it cannot be tolerated, let alone excused.

While I was pushing a couple of carts with mail dropped off by UPS you saw me and kept staring at me, a weird look in your eyes. A couple of minutes later you went to the parcels area where I had taken the carts with mail to, and with such anger and unpleasant demeanor called my attention and said: "take this back where you got it from, it does not belong here." You have been working for the USPS for over 30 years; you are well aware that we get mail from USPS in the morning for us to process and then deliver. You intentionally wanted me to do the wrong thing with total disregard for the USPS, let alone the mental, psychological and emotional harm you intended to cause. I immediately contacted my supervisor, Mr. Jasper. He kindly and attentively listen to me, went to verify the mail, and he confirmed that it was in the right place and we needed to process it.

I rightfully complained to Mr. Jasper about Jeffrey Gillotti and your farfetched behavior and conduct, and the fact that you know Mr. Jasper is my supervisor, not you. Mr. Jasper went back to his desk and immediately telephoned you; I believe Mr. Jasper went to see you since he disappeared for a moment right after my conversation with him. You have nothing to do with me, yet you are always looking for ways to do me wrong. A good example is what you did last week.

Once again abusing the authority granted to you by your superiors, you disrespected the fact that I was taking lunch. I was off the clock. It was illegal for you to give me orders, you did not care; you wanted to satisfy yourself, and that was that. After being outside smoking you came back and immediately ordered me to get my fee off a chair (there were plenty of empty tables and chairs available, only one other employee was in the lunch room, far from where I was, I was not bothering anyone. You had to get back at me somehow; you had to say something to me; you interrupted my lunch and ordered me around and by doing that you violated the law.

It is customary for conscientious employers to work hard to help employees who work standing all the time rest as best as possible. I am not the only employee who rests her legs or feet by racing them off the ground, but you could not help yourself and had to pick on me; it did not matter whether I had just my legs on the chair; you wanted to bother me somehow and that was that.

Another time you sent me home in the middle of the shift while there was still work to be completed; when I inquired as to the reason you were singling me out you threatened me; later on you misstated the facts on a statement you prepared for your wife in order for the two of you to harass me. She called me into her office and indicated she was conducting an 'investigated interview'. Go figure. On another occasion you telephoned me when I was already on my way in and instructed me not to go to work, there was nothing for me to do, you said. It was not true. There was in fact work to be processed but you wanted to prevent me from earning the income those hours represented for me. You willingly, evil-intentioned have crossed the line one-too-many times, Jeffrey Gilloti; and you have been able to do that because those who are responsible for running the USPS with dignity and respect are doing the opposite.

Somebody needs to put a stop to the bullying, discrimination, harassment, and conduct unbecoming an employee of the United States of America Postal Service. With that in mind, I am copying the U.S. Department of Labor, Office of the Assistant Secretary for Administration and Management. I am also copying the Office of the Inspector General. Your assistance in putting an end permanently to Jeffrey Gillotti's harassment and bullying and discrimination, condone by those who should know better, is greatly appreciated.


*Janeth Murillo*

Janeth Murillo
USPS Clerk – Career
Norfolk Processing and Distribution Center
Norfolk, NE


Copy: Mr. Shyuan Jasper, Supervisor

 **Gmail**

Janeth Murillo <janethm76131@gmail.com>

## Harassment, discrimination, retaliation is against the law and USPS regulations
1 message

**Janeth Murillo** <janethm76131@gmail.com>                      Fri, Nov 8, 2019 at 4:22 PM
To: rita.l.rodriguez@usps.gov
Cc: Janeth Murillo <janethm76131@gmail.com>

Mr. Graves, the attached is self-explanatory. To make sure my concerns and valid complaints are taken seriously and not made of them a which hunt, and a mockery of the law and USPS regulations I am obligated to address my concerns and complaints with you and other executives who could learn from the gravely poor experience I have had, and continue to endure, despite the fact that HR at the district and executive, Western Area offices have received over 250 pages of documentation.

I sincerely hope things were going to be better after my extremely generous settlement agreement of August 27, 2019...I am shocked to see that after all my efforts to bring the grave issues Norfolk P&DC has been having for years I am still being retaliated against, discriminated against, disrespected and humiliated. This must stop. And it is obvious to me that only federal government agencies may be able to do something definitive to bring some sense of dignity and respect to the USPS Norfolk P&DC.

Janeth Murillo
Career Employee

Copy: HR VP, Isaac Cronkhite; Chief Operating Officer and EVP David E. Williams; Deputy Postmaster General and Chief Government Relations officer Ronald A. Stroman

📄 **USPS _ TO WHOM IT MAY CONCERN 110619 _ Exec.pdf**
462K

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*
*(402) 515-8569*

November 8, 2019

United States Postal Service
Attention: Douglas P. Lambert, HR Mgr.,
Central Plains District
P.O. Box 199507
Omaha, NE 68119

Re:   "Zero Policy", retaliation is against the law and the USPS rules.

The purpose of this letter is to request that the USPS "Zero Policy" be applied to Carol Eddy for her conduct and behavior today.

Carol Eddy's retaliatory tactics today by speaking ill of me to my co-workers as retaliation for my having the courage to stand up to her and her detrimental, discriminatory, abuse of authority toward me since the moment I started to work the Window Area at the Norfolk P&DC, in the state of NE.

I personally observed and heard Carol Eddy speak slightingly of me before Lori Hanel this morning. Lori Hanel – this should not be tolerated by HR, or anybody else.

By means of this letter I am requesting a thorough investigation into Carol Eddy's conduct unbecoming an employee of the United States of America, and more so coming from a T-7.  She has crossed the line one-too-many times and I am not the first employee to complaint about her before you.  It appears that she thinks and feels she can do whatever she wants and that is perfectly fine with local management, particularly Joseph E. Kittelson, Postmaster.

By copying the USPS executives with the authority to ensure my valid complaints are not being turned against me, let alone into a witch-hunt as has been the case many times in the past.

Janeth Murillo
Career Employee (despite the traps set out against me by employees and management at different levels, HR at different levels and the Employee Relations department Omaha)

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

October 30, 2019

Joseph E Kittelson
Postmaster
Norfolk P&DC
1100 S Industrial Pine Rd.
Norfolk, NE 68701

Re:  Deven Petersen's violations of law and USPS policies

The purpose  of this letter is to file a formal complaint before you and the Department of Labor based on Deven Petersen's unacceptable conduct and violations of law and USPS regulations this morning at around 4:55 a.m.

Facts:

1) "How old are you?" disrespectfully/angrily asked Deven Petersen giving Ms. Murillo an evil look;
2) D. Petersen was angry because Ms. Murillo removed empty tubs from the middle of the small area where parcels are sorted;
3) "What the fuck" he said to Dick Jorgensen, T-7 and individual assigned by Brian Hake, Automation and Dock Manager to be responsible for the shift and employees safety;
4) Deven Petersen and Dick Jorgensen wanted to force Ms. Murillo to work in unsafe conditions by placing empty tubs right in the middle of the small work area and wanting to force Ms. Murillo to work unsafely – as you (J. Kittelson), and Brian Hake are well aware, I got injured in the same small area – I tried to explain to Dick Jorgensen that I didn't want to get hurt again but he wouldn't even allow me to explain – for the record Ms. Murillo has brought up this issue in the past with local management, Central Plains District officers, among others;
5) While Ms. Murillo was talking to Dave, Electronic Technician, about the computer system connected to the ring scanners giving us a message "RSP Disconnected", Deven Petersen went around the area and aggressively took the pile of empty tubs I had moved away from the middle of the small work area and into a safe place, and angrily took the pile of empty tubs from where I was talking with Dave and placed them back in the middle of the small work area;
6) Deven Petersen said something to the effect of 'here Dick, I brought them for you;
7) "What the fuck!" Deven Petersen said – a moment later D. Petersen and D. Jorgensen were laughing;

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

8) After Dave and Ms. Murillo finished talking, Ms. Murillo went back to the small/tiny work area to continue working and not only did she find the pile of empty tubs she had removed to a safe place, but D. Petersen, out of anger, had made the pile of empty tubs even higher making it even more dangerous for Ms. Murillo – Ms. Murillo removed the empty tubs again and placed them behind the cart used to process the distribution of parcels;

9) D. Petersen brought them back from the back of the – as you (J. Kittelson) know, it takes only a couple or three steps to get the empty tubs from the back of the cart when necessary instead of having them right in the middle of the work area;

10) Ms. Murillo removed the taller pile of empty tubs again;

11) In an effort to stay away from Dick Jorgensen (whom Ms. Murillo had to report for harassment and disruptive behavior twice already (first to Brian Hake and then you), Ms. Murillo was working from the corner facing the supervisors' desks. And in order to expedite the sorting process Ms. Murillo was trying to get help getting the ringer scanning working – Dave somehow managed to get it working although he has not received any training at all on this particular computer system (Ms. Murillo already gave a suggestion to management to consider providing ET personnel the necessary training);

12) Working out of that corner meant that Ms. Murillo had to walk back and forth from one end to the other; having Dick Jorgensen and Deven Petersen placing piles of empty tubs right in the area she had to walk through in order to do her job put Ms. Murillo at risk of getting hurt again;

13) Dick Jorgensen left the area and disappeared;

14) Deven Petersen followed his example and moved away;

15) Deven Petersen then went to the 68701 flats area being worked by Loni and started complaining to him – a drink in his (Deven) hand;

16) Deven Petersen then moved to the next flat area (the one near the entrance to the break room) and started complaining again, this time to Amy {Deven Petersen did the same thing yesterday complaining before Lori Hanel and Cindy both APWU representatives – he was transferring parcels from an APC into a 1040, I believe it is called (the biggest steal container used to transport USPS mail), Ms. Murillo indicated to him that that was not the way to do that and that we needed to do the opposite – transfer parcels and boxes out of the big container into a wire – Deven asked if I was sure – his tone of voice told me I was wasting my valuable time and energy; I walked away – he (Deven Petersen) then walked away and wen to complaint to Lori (she was working Norfolk letters), and Cindy who was talking to Lori; he then pushed the huge steel container to the small work area creating un unnecessary risk to others};

17) After making sure he had accomplished his goal of spreading venom against me today. as he had done yesterday, he too disappeared and did not come back to work [even though he is schedule to work until 7:00 a.m.] – it was approximately 5:15 when Deven Petersen stopped working parcels in order to continue antagonizing other employees against Ms. Murillo.

Daven Petersen prejudging and menacing conduct and behavior against Ms. Murillo clearly violates USPS regulations.

USPS _ 10.20.19 letter to J Kittelson re Deven Petersen

*Janeth Murillo*
*P.O. Box 1002*
*Stanton, NE 68779*

Deven Petersen terrorization against Ms. Murillo and talking about her age and telling her "grow up", when all Ms. Murillo is doing is protecting herself, is not only against USPS policies and regulations, it is also discriminatory and against the law.

By copying the U.S. Department of Labor, Office of Labor-Management Standards, I am respectfully requesting the following:

1) A diligent follow up into this matter
2) To ensure an effective and most urgently needed permanent corrective action
3) To permanently end Deven Petersen's harassment, unacceptable conduct, unlawful discrimination against Ms. Murillo, and his conduct unbecoming a USPS employee.

Mr. Eugene Scalia, Esq.                                     *Sent via USPS Certified Mail*
Secretary of Labor
200 Constitution Ave NW
C-2318
Washington, DC 20210

Janeth Murillo
USPS Career Employee

USPS _ 10.20.19 letter to J Kittelson re Deven Petersen

Monday, September 23, 2019

*Sent via USPS Certified Mail No. 7018 3090 0000 9267 1258*

USPS @ Norfolk P&DC
Attention: Joseph E. Kittelson, Postmaster
1100 South Pine Industrial Road
Norfolk, NE 68701

Re:  Conduct/behavior unacceptable

Mr. Kittelson:

I sincerely hoped that after all the legal proceedings and the time you forced me to be out of work (over 14 months) local and upper management had put a stop to all harassment/unacceptable behavior but the confrontational, demeaning and disrespectful manner in which Lori Hanel addressed me last Thursday proved to me how mistaken I was.

The purpose of this letter is to request that it be made clear to Lori Hanel that she is not to question what I do. And certainly not in the manner in which she did last Thursday. For over 2-1/2 hears I had to put up with employees and management alike harassing me (yelling, calling me stupid, telling me that I was too old to be working there, yelling and making frivolous accusations which management at all levels were too eager to take for granted, to my detriment) – I believe I have been extremely generous with you and those above you who represent the interest of the USPS. But my generosity of heart, patience and tolerance has a limit. I will not tolerate harassment and/or disrespectful behavior/conduct from anyone.

I have the right to go to work and then go home in peace.  I am a hard and conscientious worker, the fact that there is no management personnel present between 0400 or 0450 hours and 0650 hours does not give Lori Hanel any authority to question what I do, let alone in the manner which she did.  She has no right to do that.

I honestly hope this is the end of this situation and it will not become the chaos/very disturbing working atmosphere as when I had the courage to stand up to the mistreatment, lies and abusive behavior by Jim Keller, Kay Boyd, Dan Patefield, Rodrigo Yanes, Lisa Gillotti, Brian Hake, Jeffrey Gillotti, among others.

Last but not least, I would respectfully ask that Lori Hanel be instructed to behave honorably and not to involve other employees, or worse use her position as the Local 1187 APWU president to behave in the devious manner in which the individuals mentioned above did by colluding with others to make my life at work a living hell.

Janeth Murillo
USPS Career Employee as of 090118

USPS__092319 letter to J.E. Kittelson re Lori Hanel

Page 1 of 1

TO WHOM IT MAY CONCERN

My name is Janeth Murillo, I am a USPS career employee. This morning I called a meeting with the USPS Norfolk P&DC (the only two supervisors who truly work) to formally discuss Carol Eddy's, Window T-7, uncalled for approach toward me.

After attending the mandatory training and passing the corresponding examination, it was determined that I should complete the on-the-job-training at a small location where the flow of customers and transactions performed are considerably different.

The OJT (on-the-job-training) did not go as planned by the training department in Omaha; by the time I started working at the large location where I work I was not as ready as I expected by the demanding and inflexible T-7 Joseph E. Kittelson has assigned to work the window section. Both supervisors kindly told me to ask questions if needed. The first week I tried to ask a question to the individual already agreed by management I could ask questions of and Carol Eddy immediately, in a sergeant like tone of voice: "You were trained already" – "the supervisors told me I could ask questions, and Dixie is a trainer", I said.

I noticed Carol watching every move I make, every second of my time, as soon as I finished a transaction she immediately starts instructing me to go do this and that, you need to learn everything we do in the back, and wanted to learn everything at once. I suggested that first I needed to learn what I had not be been able to learn at the other location, and absorb/digest things. She then started to assign just two hours for me to work the window. I talked to the supervisors about how impractical/inefficient what was happening to me was. Las Friday on my way out, after inquiring about what was expected of me the following morning I was told I was going to work the window. It did not happen – I was instructed to open a register, and then was sent to work parcels and if needed I was going to be called. I was never called; but when I observed from the back there was a line of customers waiting to be served I immediately went to help a couple of times. I then focused on working in the back.

Despite filing a written request with the supervisors to please address the issue with Carol, almost begging that I needed to breath, Carol continues to boss me around and in a loud voice. Even when I am taking a 15 minutes break as per the USPS regulations, she being fully aware I am on break she page me demanding in a hurry that I report to the window. The fact that when she needs to say something to other window clerks she uses a lower, almost whispering, tone of voice infers a hidden agenda.

As soon as Carol Eddy sees I am not working a customer, she immediately starts demanding I do this or that with no consideration whatsoever of paperwork I may be working.

I was reading some documents I have not been given the opportunity to read and as soon as Carol Eddy saw me she was demanding I went to do something else. When I explained that I needed to understand what those documents were her response was "you learned that at the training." There is only one document pertaining to the training I receive, I said, this one about fees; there are other documents with information especially for window clerks I need to familiarize myself with. I have not been able to read all the documents. Knowing of Carol Eddy's close relationship with the postmaster and the deplorable manner in which she treated me before when I was a PSE I have been trying to be very careful and work as fast as possible the best I can under the extremely demanding unnecessary/uncalled for stress the T-7 has me working – not even supervisors behave the way she does toward me – the

Page 1 of 3

window area generates good numbers thanks to the conscientious work of the window clerks not because of her bullying methods, so to speak.

Today she had already instructed me what to do. She wanted me to work parcels. She knew I had to complete a "Stamps by Mail" request I had begun working but had to interrupt the process because customers started to come in. It did not matter that I had informed her I needed to complete the stamps request it  not matter that I had repeatedly eyed to her that she did not have to worry about whether I had a question or needed help because as she already knew I would look for answers.  That I knew how important was not to make costly mistakes (I have not so far). I was looking down at the paperwork when out of the blue she was there talking to me in that loud tone of voice, her approach/body language conveying the message 'what's taking you so long', asking me if I needed help. Somehow I managed to control my body not to jump, looked up in disbelief and said to her what I already asked (in writing) the supervisors to do, to talk to her (either they did nothing, or they did and she has no respect toward them and ignored them), to allow me to breath.  The best that I could I explained to her that I felt she was being pushy. That she had already told me what I needed to do. That if anyone new anything about Janeth Murillo, they knew I work hard and do not need anyone to push me around, that I am always looking for something to do (there were no customers present), that she expected me to be as fast as she is and that couldn't be I just started to work the window. To my knowledge, and from what I have observed, Carol Eddy has been working the window for over two years. She told me she just wanted to know if I needed help (her tone and approach conveyed something else). I told you before that I would look for help if needed, I explained. I have indicated that to her several times. I just wanted to know if you needed help. End of story, in her grandiose attitude and tone of voice Carol Eddy said. A moment later Joseph E. Kittelson was going inside the window area and she stopped him and started talking to him, right there just one step away from the first register, as soon as they saw me approaching the window they stopped talking. Instead of following and respecting the chain of command, she was talking to the postmaster instead of one of the supervisors. I understood what they were doing and immediately requested a meeting with the two supervisors in charge of the window area and the clerks who work it. I needed the supervisors to be aware of the incident. As I explained to them, I will do everything in my power not to have Joseph E. Kittelson retaliate against me again, or have what he did before do it again.

I also explained that I was not going to allow others to mistreat me as they had done before (Carol Eddy included), that I had already had to file complaints they were not aware of (the complaints are unrelated to them). The situation with Carol Eddy (who in the past had been extremely rude and discriminatory toward me) has nothing to do with personalities (it has to do with respect and dignity, boundaries and diplomacy, common sense and good manners, humility instead of grandiosity).The supervisors told me they understood what I was saying. I thanked them for their time and left their office. I continued working the parcels' area. Later I wanted to take my second break but the window area got busy so I helped and then went on my break, as the kind and humble female supervisor witnessed.

Considering the poor and self-serving manner in which challenges have been managed by the USPS different levels of management such as HR (at different levels), the district offices for the USPS Central Plains District I am sending copy of this document to the following individuals:

Isaac Cronkhite, Chief Human Resources Officer and EVP
David E. Williams, Chief Operating Officer and EVP
Ronald A. Stroman, Deputy Postmaster General and Chief Government Relations Officer
Gregory Graves, Western Area VP
Rick Pivovor, Central Plains District Manager

There is a grave HR problem at the USPS Norfolk P&DC. Its reputation (and by extension that of the USPS as a whole) leaves a lot to be desired, I urge you to pay attention to this document as well as the over 250 pages of documentation presented to the USPS, the District Court for the District of NE and the EEOC, some time ago in hopes that things got better at the Norfolk P&DC, but they haven't, I continue to be harassed and discriminated against. Complaints about the abusive behavior against me have been already file (again).

Regardless of personal connections and personal agendas at different levels of management, nothing justifies your allowing them to continue torturing me and using me as a scape goat to masquerade real and serious challenges that should've been conquered by now.

Please remember the reason you are where you are and honor the privilege to represent the USPS on behalf of the Postmaster General, the Board of Governors, Congress, and ultimately the President of the United States of America, currently Mr. Donald Trump, and do the right thing. Fix the problem. The numbers matter but the life of hardworking/conscientious workers such as the undersigned matter even more.

Janeth Murillo                                          Wednesday, November 6, 2019

To: Joseph E. Kittelson
Postmaster
Norfolk, P & DC

Monday 11-04-2019

From: Janeth Morillo
Career Employee

Copy: Shyvan Jasper,
Supervisor

Re: Our conversation this morning
in the company of the
supervisor on duty.

Kittelson didn't
like my putting this
in writting and
told me I didn't
have to do that.

A moment later he humiliated me in front of rural
carriers — one of them looked at me surprised — everyon
Thank you for giving me the check the hard and
USPS Accounting / finance Department dilligently
I work —
processed for me regarding training
Kittelson
expenses.

had no
right to
talk "at"
me
like
that.

After our conversation, I realized that
for me to clock out, leave the USPS
premises to go to the bank to cash
the check and then come back to

12.02.19

give you the advance money back it,
under the law, illegal — it was.
my suggestion to which you said
if was fine; I'm taking my suggestion
back. I'll bring the advance money
tomorrow and will submitted during
working hours, when I'm on the clock,
as the law says.

By copying H.R. Mgr, Mr. Lauber I'm requesting
that you be treated better to present employees
doing favor for the USPS, so to speak.

 **Gmail**

## Fwd: Notice Of Receipt Of Settlement Agreement For 560-2019-00329X

**Janeth Murillo** <janethm76131@gmail.com>                                    Wed, Sep 4, 2019 at 8:33 PM
To: AMY.WEINHAUS@eeoc.gov, ANDREA.NIEHOFF@eeoc.gov
Cc: Janeth Murillo <janethm76131@gmail.com>

---------- Forwarded message ----------
From: **Janeth Murillo** <janethm76131@gmail.com>
Date: Wed, Sep 4, 2019 at 7:25 PM
Subject: Fwd: Notice Of Receipt Of Settlement Agreement For 560-2019-00329X
To: USPS Labor Relations Specialist Joel R. Jensen <Joel.R.Jensen@usps.gov>
Cc: admin@omahaapwu11.com Phill Thomas <admin@omahaapwu11.com>, <Jimmy.G.Ball@usps.gov>,
<janethm76131@gmail.com>

Mr. Jensen:

On August 27, 2019 (at the arbitration scheduled for 9:00 a.m. at the USPS location in Norfolk, NE) as a USPS Labor Relations Specialist, advised by the attorney general, prepared and handed me with the notice for me to sign and sent to the EEOC. Today I learned you downloaded a copy of the settlement agreement.

This begs the question—why didn't you tell me I needed to attached a copy of the settlement agreement along with the notice to withdraw you gave me to sign and instructed me to send to the EEOC?

Was it to project I was trying to hide something when in fact I was following your instructions?

Facts:

1). Over two hundred (200) pages of documentation illustrating the mental, emotional and psychological abuses by the USPS location in Norfolk, NE, supported by HR at different levels (executive included), and your offices, do not lie;

2). You prey on the serious damaging effects such abused had on me. You knowingly and willingly negotiated an unfair agreement designed to protect the dishonorable manner in which my many complaints about local management were handled not only at the local level, but at the district and executive levels as well;

3). You were well aware I had to fight not only the collusion between local management, your offices and HR, but the APWU as well;

4). You counted on my loosing my case due to the fact that the local APWU refused to represent me; further, it prevented me from having a knowledgeable and experienced Union representative to helps me, let alone represent me;

5). You were aware I had made a mistake and had missed the deadline to submit Step 2 of the APWU grievance and was absolutely sure any arbitrator would not even head the case.

If my reading of the e-mail communication (see below) I received from the EEOC today is accurate, your behavior appears to be as dishonorable and disposable as the one consistently exhibited, and clearly demonstrated in the over two hundred pages of documentation submitted with Step 2 of the grievance, by local management, the people they directly report to, HR, and ultimately your offices and the USPS lega department.

Mr. Jensen, winning at all costs, with total disregard toward written or unspoken rules of law, ethics, and/or behavior should not be tolerated by the United States Postal Service under the direct supervision of the Board of Governors and Congress. And ultimately the president of our great nation.

Once again, over two hundred (200) pages of documentation received by:

A). You;
B). HR in WA (USPS headquarters);

C).   Christine Pruitt, APWU Bus. Agent;

D).   The EEOC;

and,

E).   District Court for the district of NE,

do not lie.

The fact is, I am sick and tired of trying to have the USPS to do the honorable thing.

The fact is, what you — and whoever you report to received the over two hundred (200) documents, regardless of wether Step 2 of the grievance was submitted timely, or not — should have done was the right thing and immediately take all corrective action against the abusers and their retaliation, lies, bullying, manipulation, abuse of authority and collusion.

And the right thing would have been for you (and/or the people you represent) to have order local management to put me back to work without delay, as Western Area Senior Labor Relations Specialist, Mr. Jimmy G. Ball, did in 2018 immediately after he received the documents and illegal instructions issue to me (in front of an APWU representative who did nothing about—and why would she had, evidence tends to indicate she has been part of the collusion against me— Joseph E. Kittelson, USPS Norfolk P&DC (processing and distribution center).

Respectable and honorable men with the most needed back bone to do the right thing as Mr. Jimmy G. Ball did is what the USPS desperately needs.

If my reading of the electronic communication I received today from the EEOC is right on point, the manner in which the grievance I was forced to file on my own against local USPS management and the upper management and executives supporting them is far from being called honorable.

The fact is, the toll the abuse I had been forced to endure since December of 2015 was been great indeed due to the lack of proper corrective action by HR in Omaha, Denver and WA, Ann, Area Manager locates in Lincoln (the individual Joseph E. Kittelson reports to, Rick Pivovor, Central Plains District Manager, Gregory Graves, Western Area Vice President, David Williamson, HR VP, and ultimately Ronald A. Stroman, Deputy Postmaster and Megan J. Brennan, Postmaster General and Chief Executive Officer who should be informed of misconduct by their subordinates. And above all, whenever legal proceedings have been filed against them — U. S. District Courts are not in the habit of accepting to hear unfounded complaints; the fact that the District Court for the District of Nebraska accepted to hear my case should tell you and all parties involved as to the seriousness of USPS representatives unethical and illegal behavior, to say the least.

The fact is, I was not about to put my career with the USPS (career I had fought for so diligently as of a couple of weeks after I was hired in Nov. of 2015) because of a technicality — my untimely filing of Step 2 of the grievance (Shyuan Jasper indicates to you that I had filed Step 1 late; I have evidence to the contrary; I asked him for an extension and he granted it and can prove it.).

It appears that arbitrators believe their role is to follow the witting on the USPS/APWU agreement regardless of extenuating circumstances involved. And you appeared to be sure you were finally going to do what local management has been wanting to do against me since 2016 (for having the guts to speak up about their unethical, illegal and abusive behavior) removed me from the USPS just to cover up their wrongdoings and illegal actions.

I was not going to give you the opportunity to do so.

I was not going to put my USPS career in jeopardy due to a technicality— something that could (and should've) had been avoided had the APWU done their job— and perhaps have an arbitrator decide the case in the USPS favor independently of the overwhelming evidence of retaliation, verbal, mental, emotional, and psychological abuse, and their consequently effect in my life in general.

And that, Mr. Jensen, that us the reason I accepted to settle the case as you and the USPS legal department wanted. Not because it was fair. Nor because I deserved the manner in which it was stated. But because fairness and justice are paramount to me and risking loosing my job before justice is served is no what's intended.

To that end, I am asking Mr. Stroman, Deputy General Postmaster and Officer of the Courts, jointly with Ms. Brennan, USPS Postmaster General and EVP, both members of the Board of Governors, serving at the pleasure of the Board of Governors currently represented by-

Robert M. Duncan, Chairman, Board of Governors;
David C. Williams, Vice Chairman, Board of Governors;

John M. Barger, Member, Board of Governors;
Ronald A. Bloom, Member Board of Governors;
Roman Martinez IV, Member, Board of Governors — appointed by the President of the United States of America with the advice and consent of the Senate.

At the end of the day the Board of Governors is responsible for everything that happens in the United States Postal Service — when the people they have trusted to run the USPS do a poor job at it it reflects on them, and the people they represent: the U.S. President who nominated them and the Senate who approved the nominations.

To them I am asking to carefully and conscientiously review my case and all documents submitted by me and exercise their power to:

A). Correct anything and all the should be corrected
B). To find out why the USPS policies and procedures to prevent abuse of authority were violated with impunity;
C). What corrective actions were taken by William Williamson after I inspected my received a phone call from him — a statement about this is part of the documentation I submitted with Step 2 of the grievance, as well as to the EEOC and the District Court for the District if Nebraska;
D, Find out why you and were more interested in winning at all cost instead of doing the right and honorable thing;
E). Have Joel R. Jensen, USPS Labor Relations Specialty (previously an APWU stewart at the USPS location in Norfolk, NE, and the USPS lega department explain to the Board their reasoning behind their conduct and behavior;
F). Exercise the power granted to you by the Senate and the U.S. President (currently Mr. Donald Trump) to make sure no minority over 55 years old be subjected to the abuse I was subjected to;
G). Create and implement clear policies to make sure USPS employees have the right to contact the Deputy Postmaster and prevent his secretary from denying the employee to do so, which is exactly what happened to me — Mr. Stroman, as an Officer of the Courts that he is, would've immediately recognized the illegality and serious misjudgment by all the people mentioned above;
H). Exercise the power granted to you (Board of Governors) by the U.S. President and the Senate to come up with any and all policies to prevent injustices as the ones committed against Ms. Murillo from happening again;
I). Exercise the power granted to you to issue any and all corrective action that would make the Senate and U.S. President proud to have granted upon you the privilege of representing them;
J). To judiciously examine the settlement agreement I felt compelled to accept in order not to be removed from my position as employee of the USPS and make/take any and all corrective action — after reviewing the over two hundred documents you should be able to determine that the so-called settlement agreement was not in the best interest of fairness and justice, both you are in charge of ensuring it is the way USPS conduct business at all times;
K). Issue an order telling the USPS to do the right thing and compensate Ms. Murillo for the time I was unduly and unfairly kept out of work, minus salaries I may have earned through unemployment and other employment — something Mr. Jensen refused to do;
L). Examine the manner in which arbitrators make decisions making sure that they be required to take into consideration extenuating circumstances, as was the case with the matter at hand;
M). Make it a policy to treat everyone with courtesy and respect at all times — offering water to all present in a netting included — Brian Hake, USPS Plant Manager, Norfolk P&DC, enteres the conferences room on Tuesday, 8/27/19 with several bottles of water in his hands and offer the arbitrator water and completely ignored me and Mr. Phill Thomas, APWU Local President/Omaha, NE;
N). Find out if local management in Norfolk, NE, has been out on notice clearly indicating that their unethical and illegal conduct/behavior will no longer be tolerated — it shouldn't have been tolerated by HR at the different levels I contacted, nor by Rick Pivovor;
O). Make sure there is a supervisor at night in charge of the shift — when Lori Hanel fell off the mule and broke the upper side of her cranium, there should have been a supervisor present to immediately follow specific procedures implemented by the USPS; an ambulance should've been called. Instead, the employee waited for a family member to arrive to take her to the ER while her head continue to bleed — since there was no supervisor present she couldn't report the accident the moment it happened. Yet, Shyuan Jasper issued a suspension of 14 days (my record was clear of any suspensions) because I did not report my foot hat tripped on a wheel of a piece of equipment — I heard a mild pop on my knee; I examined it and it appeared to be fine (clerks were so busy trying to get the mail ready for the carriers, I continued working and forgot to mention it to management; I felt no pain; however, the next day my knee was swollen so I reported it. And this is the basis for the condition stipulated on the agreement the USPS downloaded on the public EEOC website;
P. Have Shyuan Jasper, Window Ckerks Supervisor to provide me with the information I requested last week when I spoke to a female supervisor at the Norfolk location — basically, who will be my supervisor? Will there be a supervisor present when I report to work at 02:30 hours? Or are employees working alone without a supervisor present as was the case when I worked there from November 2015 until June 2018?
Q). Get evidence that employees had been undeniably instructed to respect every single employee and that calling an employee stupid (considering that I am fluent in more than one language and studied engineering in South America I am far from being stupid), or telling her that she does not belong working for the USPS and have Joseph E. Kittelson smiled and order me to co to us working will not be tolerated — as all of you will be able to see for yourselves, I especifícalos requested Rick Pivovor to have someone with the proper authority to properly instruct employees to respect all; my request was ignored.

8:19-cv-00571-RGK-PRSE    Doc # 1    Filed: 12/31/19    Page 65 of 66 - Page ID # 65

I look forward to hearing from you, members of the Board of Governors and from you, Mr. Dimonstein.

Copy:
 EEOC
 EEOC Judges
 District Court for the District if Nebraska
 Ronald A. Stroman, Deputy Postmaster General and Chief Government Relations Officer
 Board of Governors
 Mark Dimondstein, President of the APWU (American Postal Workers Union)
 Jimmy G. Ball, USPS Senior Labor Relations Specialist
 Phill Thomas, President, Omaha Area Local, APWU

PS. Enclosures will be submitted separately .

Sent from my iPhone

Begin forwarded message:

> **From:** "U.S. Equal Employment Opportunity Commission" <noreply@eeoc.gov>
> **Date:** September 4, 2019 at 2:00:01 PM CDT
> **To:** janethm76131@gmail.com
> **Subject: Notice Of Receipt Of Settlement Agreement For 560-2019-00329X**

**U.S. Equal Employment Opportunity Commission
Washington, DC.**

This is to inform you that USPS Western Area has uploaded a Settlement Agreement 2019 09-04 Settlement Agreement, Upload to FedSEP on Sep 04, 2019 3:00 PM EDT for 560-2019-00329X associated with 4E-680-0041-18 for USPS Western Area.

Please login into the **EEOC Public Portal** at https://publicportal.eeoc.gov/portal/ to access the case and view the document.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digital-support@eeoc.gov and destroy all copies of the original message and attachments.*

📄 **eeoc_color_seal2969852710632267458eeoc_color_seal**
 186K

J. M.
P.O. Box 1002
Stanton, NE 68779

CERTIFIED MAIL

7019 1640 0002 0919 9303

CPU

U.S. POSTAGE
$8.95
FCMF       0023
Orig: 68701
12/28/19
11096338

RECEIVED
DEC 31 2019
CLERK
U.S. DISTRICT COURT

Office of the Clerk
UNITED STATES DISTRICT COURT
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322