IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANETH MURILLO,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH E. KITTELSON, Norfolk P&DC Postmaster; BRIAN HAKE, Norfolk P&DC Plant Manager; JEFFREY GILLOTTI, Assistant Manager; and MEGAN J. BRENNAN, USPS Postmaster Gral. and CEO;<br><br>        Defendants. | 8:19CV571<br><br><br>**MEMORANDUM AND ORDER** |

    On June 16, 2020, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

    IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

    Dated this 3rd day of August, 2020.

                                       BY THE COURT:

                                       *Richard G. Kopf*

                                       Richard G. Kopf
                                       Senior United States District Judge